<u>CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT</u>

I am an employee currently or formerly employed by Twenty Ones Incorporated d/b/a The 40/40 Club and/or related entities, and Shawn Carter, Juan Perez and Desiree Gonzales. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Julie C Garibaldi_
Full Legal Name (Print)

_[signature]_
Signature

_5-24-07_
Date