CONSENT TO SUE UNDER FEDERAL
FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Twenty Ones Incorporated d/b/a The 40/40 Club and/or related entities, and Shawn Carter, Juan Perez and Desiree Gonzales. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_TASHA L. DENHAM_
Full Legal Name (Print)

_/s/ Tasha L. Denham_
Signature

5/31/2007
Date