UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ, EMANUEL O'NEALE, BRANDON STURMAN, LATRESHA HALL, LAKEISHA MITCHELL, CHRISTINE BORBELY, JULIE BARIBALDI and JANINE APONTE on behalf of themselves and others similarly situated,

     **Plaintiff,**

   v.

TWENTY ONES INCORPORATED d/b/a THE 40/40 CLUB, SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ and DESIREE GONZALES

     **Defendants.**
------------------------------------------------------x

INDEX NO: 07cv3978-LAP

CERTIFICATE OF SERVICE

  The undersigned counsel hereby certifies that on June 15, 2007, he caused a true and correct copy of the Amended Complaint upon Andrew Marks, Esq. attorney for all Defendants, authorized to accept service on behalf of all Defendants, by certified mail, at the address below:

Andrew Marks, Esq.
LITTLER MENDELSON, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-4834

       _____/s/_____
       D. Maimon Kirschenbaum (DK-2338)

       Joseph & Herzfeld LLP
       757 Third Avenue
       25th Floor
       New York, NY 10017
       (212) 688-5640
       (212) 688-2548 (fax)
       *Attorneys for Plaintiff, proposed collective action members and proposed class*