USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON
STURMAN, LATRESHA HALL,
LAKEISHA MITCHELL, CHRISTINE
BORBELY, JULIE BARIBALDI and
JANINE APONTE on behalf of themselves
and others similarly situated,

INDEX NO: 07cv3978-LAP

                    Plaintiff,


            v.


TWENTY ONES INCORPORATED d/b/a
THE 40/40 CLUB, SHAWN CARTER p/k/a
JAY-Z, JUAN PEREZ and DESIREE
GONZALES

                    Defendants.
-------------------------------------------------x

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in

the above captioned action, that

    a.           Defendants' undersigned counsel is authorized to accept service by

regular mail for all named Defendants;

    b.           Despite their acceptance of service, Defendants do not concede

that any Defendant is properly named in this action;

c.      Defendants shall have thirty (30) days from service of the

Amended Complaint to answer, move or otherwise respond

thereto.

Dated:  New York, New York
        June 14, 2007

| JOSEPH & HERZFELD LLP | LITTLER MENDELSON, P.C. |
|---|---|
| By:    D. Maimon Kirschenbaum (DK-2338)<br><br>Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br><br>*Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the proposed Class* | By:    Andrew P. Marks (AM-໐໕ເ )<br><br>885 Third Avenue<br>16th Floor<br>New York, New York 10022-4834<br>Telephone: (212) 583-9600<br>Fax: (212) 832-2719<br><br>*Attorneys for Defendants* |

SO ORDERED:

Honorable Loretta A. Preska

Part I

6/19/07