USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ
and EMANUEL O'NEALE on behalf of
herself and others similarly situated,

INDEX NO: 07cv3978 (LAP)

          Plaintiff,

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

v.

TWENTY ONES, INC. d/b/a THE 40/40
CLUB, SHAWN CARTER p/k/a JAY-Z,
JUAN PEREZ and DESIREE GONZALES

          Defendants.
------------------------------------------------------------x

Upon the motion of Maimon Kirschenbaum attorney for Celeste Williams and others similarly situated, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Richard Jennings Burch |
| Firm Name: | Bruckner Burch PLLC |
| Address: | 1000 Louisiana St. Suite 13000 |
| City/State/Zip: | Houston, TX 77002 |
| Phone Number: | (713) 877-8788 |
| Fax Number: | (713) 877-8065 |
| Email: | rburch@brucknerburch.com |

is admitted to practice pro hac vice as counsel for Celeste Williams and others similarly situated in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 25, 2007
City, State: New York, New York

                                                _[signature]_
                                            United States District/~~Magistrate~~ Judge