LITTLER MENDELSON, P.C.
Andrew P. Marks (AM0361)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
Attorneys for Defendants

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE WILLIAMS, et al., on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>-against-<br><br>TWENTY ONES, INC., SHAWN CARTER, JUAN PEREZ and DESIREE GONZALES,<br><br>    Defendants. | 07 CV 3978 (LAP)<br><br>**STIPULATION**<br><br>DOCUMENT FILED ELECTRONICALLY |

    IT IS HEREBY STIPULATED AND AGREED, between the parties in the above captioned action, that to accommodate Defendants' counsel emergency family leave, Defendants time to answer, move or otherwise respond to plaintiffs' Amended Complaint shall be extended to and including July 27, 2007.

JOSEPH & HERZFELD LLP

By: _____
D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
757 Third Avenue, 25th Fl
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548
*Attorneys for Plaintiffs*

LITTLER MENDELSON, PC

By: _____
Andrew Marks (AM0361)
885 Third Avenue, 16th Fl
New York, New York 10022-4834
Tel: (212) 583-9600
Fax: (212) 832-2719
*Attorney for Defendants*

SO ORDERED: _____
Hon. Loretta A. Preska

July 13, 2007