LITTLER MENDELSON, P.C.
  Andrew P. Marks (AM-0361)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE WILLIAMS, et al., on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>   -against-<br><br>TWENTY ONES, INC., SHAWN CARTER, JUAN PEREZ and DESIREE GONZALES,<br><br>                Defendants. | 07 CV 103978 (LAP)<br><br>**NOTICE OF MOTION**<br><br><br>**FILED ELECTRONICALLY** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

      PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss and the accompanying affidavit of Desiree Gonzales-Perez, Defendants, by the undersigned counsel, will move this court, before the Honorable Loretta A. Preska, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a day deemed suitable by the Court, for an Order, pursuant to Rule 12(b)(6) or, alternatively, pursuant to Rule 56, of the Federal Rules of Civil Procedure dismissing the complaint and such further relief as the Court may deem just and proper.

Dated: New York, New York
      July 27, 2007

LITTLER MENDELSON, P.C.

By:   s/ Andrew P. Marks
     Andrew P. Marks (AM-0361)
     Sara D. Sheinkin (SS-9719)
     885 Third Avenue
     New York, New York 10022
     Tel: (212) 583-9600
     Email: amarks@littler.com
     Attorneys for Defendants

To:   D. Maimon Kirschenbaum
     Joseph & Herzfeld
     757 Third Avenue
     New York, New York 10022
     Attorneys for Plaintiff