LITTLER MENDELSON, P.C.
  Andrew P. Marks (AM-0361)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE WILLIAMS, et al., on behalf of themselves and others similarly situated,<br><br>               Plaintiffs,<br><br>  -against-<br><br>TWENTY ONES, INC., SHAWN CARTER, JUAN PEREZ and DESIREE GONZALES,<br><br>               Defendants. | 07 CV 103978 (LAP)<br><br>**CERTIFICATE OF SERVICE**<br><br><br>**FILED ELECTRONICALLY** |

      Sara D. Sheinkin, of full age, hereby certifies as follows:

      1.    I am an attorney with the law firm of Littler Mendelson, P.C., counsel for defendants in the above-captioned action.  I am familiar with the facts set forth in this Certification.

      2.    On July 27, 2007, I caused true and complete copies of Defendants' Notice of Motion, the Memorandum of Law in Support of Defendants' Motion to Dismiss and the affidavit of Desiree Gonzales-Perez to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

                        D. Maimon Kirschenbaum
                        Joseph & Herzfeld
                        757 Third Avenue
                        New York,  New York 10022
                        maimon@jhllp.com

3. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: July 27, 2007
      New York, New York

/s Sara Sheinkin
Sara D. Sheinkin (SS-9719)