LITTLER MENDELSON, P.C.
  Andrew P. Marks (AM-0361)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, New York  10022.4834
Tel:  212.583.9600
Fax:  212.832.2719
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE WILLIAMS, et al.,  on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br> -against-<br><br>TWENTY ONES, INC., SHAWN CARTER, JUAN PEREZ and DESIREE GONZALES,<br><br>     Defendants. | 07 CV 103978 (LAP)<br><br><br>**NOTICE OF MOTION**<br><br><br>**FILED ELECTRONICALLY** |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of Defendants'

Motion to Dismiss and the accompanying affidavit of Desiree Gonzales-Perez, Defendants, by

the undersigned counsel, will move this court, before the Honorable Loretta A. Preska, at the

United States Courthouse located at 500 Pearl Street, New York, New York 10007, on a day

deemed suitable by the Court, for an Order, pursuant to Rule 12(b)(6) or, alternatively, pursuant

to Rule 56, of the Federal Rules of Civil Procedure dismissing the complaint and such further

relief as the Court may deem just and proper.

Dated: New York, New York          LITTLER MENDELSON, P.C.
       July 27, 2007

                                   By:    s/ Andrew P. Marks
                                          Andrew P. Marks (AM-0361)
                                          Sara D. Sheinkin (SS-9719)
                                          885 Third Avenue
                                          New York, New York 10022
                                          Tel:  (212) 583-9600
                                          Email: amarks@littler.com
                                          Attorneys for Defendants

To:    D. Maimon Kirschenbaum
       Joseph & Herzfeld
       757 Third Avenue
       New York,  New York 10022
       Attorneys for Plaintiff