LITTLER MENDELSON, P.C.
  Andrew P. Marks (AM-0361)
  Sara D. Sheinkin (SS-9719)
885 Third Avenue, 16th Floor
New York, New York 10022.4834
Tel: 212.583.9600
Fax: 212.832.2719
  Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELESTE WILLIAMS, et al., on behalf of themselves and others similarly situated,<br><br>            Plaintiffs,<br><br>  -against-<br><br>TWENTY ONES, INC., SHAWN CARTER, JUAN PEREZ and DESIREE GONZALES,<br><br>            Defendants. | 07 CV 103978 (LAP)<br><br>**DEFENDANTS' CORPORATE <u>DISCLOSURE STATEMENT</u>**<br><br>**DOCUMENT FILED ELECTRONICALLY** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Twenty Ones, Inc., through the undersigned counsel of record, hereby states that it has no parent corporations and that there is no publicly held company that owns 10% or more of its stock.

| | |
|---|---|
| Dated: New York, New York<br>       August 1, 2007 | LITTLER MENDELSON, P.C.<br><br>By:   s/ Sara D. Sheinkin<br>      Andrew P. Marks (AM-0361)<br>      Sara D. Sheinkin (SS-9719)<br>      885 Third Avenue<br>      New York, New York 10022<br>      Tel: (212) 583-9600<br><br>      Attorneys for Defendants |