```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Celeste Williams, et al            :    07 CV 3978
                                   :    07 Civ. 4798 (LAP)
              Plaintiff,           :
                                   :
        -against-                  :    ORDER OF CONFERENCE
                                   :
Twenty Ones, Inc., et al.          :
                                   :
              Defendants.          :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 5, 2007 at 9:00 a.m. for a conference in the above action.

SO ORDERED

August 17, 2007

                                              LORETTA A. PRESKA, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07