UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
CELESTE WILLIAMS on behalf of     : 07 Civ 3978 (LAP)
herself and others similarly      :
situated,                         :        ORDER
                                  :
            Plaintiff,            :
                                  :
      vs.                         :
                                  :
TWENTY ONES, INCORPORATED d/b/a   :
THE 40/40 CLUB, SHAWN CARTER p/k/a:
JAY-Z, JUAN PEREZ and DESIREE     :
GONZALEZ                          :
                                  :
            Defendants            :
---------------------------------x
and
---------------------------------x
KISHMA PICKERING and SHERON       : 07 Civ 4798 (LAP)
BRANCH,                           :
                                  :        ORDER
            Plaintiffs,           :
                                  :
      vs.                         :
                                  :
THE 40/40 CLUB, TWENTY ONES       :
INCORPORATED, JAY-Z aka SEAN      :
CARTER, JUAN PEREZ, and DESIRE    :
GONZALEZ PEREZ,                   :
                                  :
            Defendants.           :
---------------------------------x

LORETTA A. PRESKA, U.S.D.J.

      After hearing from counsel for the parties at a

conference this morning, it is hereby ORDERED that:(i)

Plaintiff William's motion to amend the complaint is

GRANTED; (ii) the amended complaint shall be filed no later

than September 12, 2007; and (iii) Defendants shall produce payroll records on an informal basis to plaintiffs' counsel in both cases.

All counsel, including Mr. Shen, shall confer and update the Court by joint letter no later than November 15, 2007 as to the status of the actions.

SO ORDERED:

Dated:   New York, New York
         September 5, 2007

_____
LORETTA A. PRESKA, U.S.D.J.