<u>CONSENT TO SUE UNDER</u>
<u>FEDERAL FAIR LABOR STANDARDS ACT</u>

      I am a current or former employee of Twenty Ones Incorporated d/b/a The 40/40 Club, Shawn Carter, Juan Perez and/or Desiree Gonzales.  I consent to be a plaintiff in an action to collect unpaid wages.  I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_____
Full Legal Name (Print)


_____
Signature


_____
Date

**Exhibit B**

## CLIENT INFORMATION

_____
Full Name (Please Print)

_____
Address

_____
City                State            ZIP

_____
Home Phone

_____
Work Phone

_____
Cell Phone

_____
Emergency Contact & Phone Number

_____
Email Address

**PLEASE COMPLETE THIS FORM AND
RETURN IT WITH YOUR NOTICE OF CONSENT**