## APPENDIX OF DECLARATIONS

| No. | Name of Declarant |
|-----|-------------------|
| 1. | Sheron Branch |
| 2. | Julie Garibaldi |
| 3. | Anita Gillette |
| 4. | Latresha Hall |
| 5. | Alex Masotta |
| 6. | Kishma Pickering |
| 7. | Christopher Pownall |
| 8. | Therese Raz |
| 9. | Brandon Sturman |
| 10. | Celeste Williams |

**Exhibit C**