UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON
STURMAN, LATRESHA HALL,
LAKEISHA MITCHELL, CHRISTINE
BORBELY, JULIE GARIBALDI and
JANINE APONTE, on behalf of themselves
and others similarly situated,

INDEX NO: 07cv3978-LAP

            Plaintiffs,

    v.

TWENTY ONES INCORPORATED d/b/a
THE 40/40 CLUB, SHAWN CARTER p/k/a
JAY-Z, JUAN PEREZ and DESIREE
GONZALES,

            Defendants.
------------------------------------------------------------x

## DECLARATION OF JULIE GARIBALDI

I, Julie Garibaldi, under penalty of perjury, affirm as follows:

1. I am a California resident and a named plaintiff in the above-captioned matter.

2. I submit this declaration based on personal knowledge unless indicated otherwise.

3. I was employed as a Server at The 40/40 Club sports bar located at 6 West 25th Street for the month of June 2006.

4. Throughout my employment at The 40/40 Club, I was not paid the minimum wage for each hour that I worked. Instead, I only received tips. Based on conversations with other employees of The 40/40 Club, such as Anita, Chris, and Agnes (last names unknown) and what I witnessed, I know that it was the common practice of defendants to not pay its employees who received tips a minimum wage and/or hourly wage for any hours of work.

5. I never received a paycheck from The 40/40 Club during my employment. Therefore, I did not receive anything which reflected my hours of work, the wages I was

**Exhibit C-2**

supposed to receive, or any withholdings for taxes. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know this was the common practice of defendants.

6.  During my employment, I worked more than forty hours in a week. However, I was not paid time and a half for hours worked in excess of forty in a week. The 40/40 Club's failure to pay overtime is reflected in the time report attached as Exhibit A. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know it was the common practice of defendants to not pay its employees an overtime premium. For example, I am personally aware that Agnes, Anita and Chris (last names unknown) worked more than forty hours without being paid overtime at time and a half.

7.  The time report attached as Exhibit A also shows that I worked in excess of ten (10) hours per workday for defendants but I was never paid a "spread of hours" premium. I have personally witnessed other employees working shifts of more than ten (10) hours. Among these employees are Agnes, Anita, and Chris (last names unknown). Based on conversations with these employees, I know it was the common practice of defendants to not pay a "spread of hours" premium for workdays in excess of ten (10) hours.

8.  Attached as Exhibit B are my alleged payroll reports provided by defendants and shown to me by my lawyers. I did not receive any payroll reports or pay checks during my employment at The 40/40 Club. Therefore, I never saw these documents prior to this lawsuit. Moreover, I have no reason to believe that these alleged payroll reports are an accurate reflection of my working hours at The 40/40 Club.

9.  Attached as Exhibit C are my alleged W-2s provided by defendants and shown to me by my attorneys. Throughout my employment at The 40/40 Club, I never received a W-2

and have never seen these documents prior to this lawsuit. Furthermore, I have no reason to believe that these alleged W-2s are an accurate reflection of what I was actually paid in wages.

10. I believe that portions of my tips were retained by defendants. The 40/40 Club did not provide us with, or require us to fill out, any sort of tip declaration form. Since The 40/40 Club did not provide us with any records establishing the amount of tips I should have received, I have no independent means of verifying these amounts.

11. If a patron of The 40/40 Club did not sign their credit card receipt, defendants retained the disputed tip for ninety (90) days. Defendants gave me a copy of this policy, which is attached as Exhibit D. I know that this happened to another employee, Agnes (last name unknown). Therefore, based on the experiences of other employees at The 40/40 Club, I know this was the common practice of defendants.

12. I was not paid any direct wage by The 40/40 Club. Because The 40/40 Club never paid me any direct wages, I was not paid the wages I was owed in a timely manner. Other employees, including Anita, Chris and Agnes (last names unknown), have reported to me that they were not paid any direct wages by The 40/40 Club in a timely manner. Therefore, I know that it was the common practice of defendants to not pay its employees in a timely manner.

13. If a patron left The 40/40 Club without paying the bill, defendants would force its employees to pay the bill with his/her own money. For example, Agnes (last name unknown) had a customer walk out (the customer did not sign the credit card imprint) and The 40/40 Club required her to pay the full amount.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___ day of January, 2008.

Julie Garibaldi

# EXHIBIT A

```
40/40 NYC                                                                          PAGE:  1
REPORT DATE: 06/14/2007                                              REPORT TIME: 22:13:15.45
----------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Jun 19, 2006 to Sun Jun 25, 2006
REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
----------------------------------------------------------------------------------------------
GARIBALDI, JULIE            0820        Department      Job           Tips    Pool Type Hours      Rate        Total
End Date: 07/20/06                      FRONT OF HOUSE  SERVER                     REG  40.0000    3.650       146.00
                                                                                   OTD  31.3167    0.000         0.00
                                                                                   OTW   8.0000    3.650        29.20
        Total: 40.0000 regular hours ( 146.00)and 39.3167 overtime hours( 29.20) and 0.0000 other hoursTotal Amt 175.20
                 +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                 | FRONT OF HOUSE  SERVER        Mon.  6/19  3.650*          5:45p  6:45a 13.00 |
                 |                               Tue.  6/20  3.650*          5:21p  6:45a 13.40 |
                 |                               Wed.  6/21  3.650           6:45a  6:45a  0.00 |
                 |                               Thu.  6/22  3.650*          4:48p  6:45a 13.95 |
                 |                               Fri.  6/23  3.650*          7:47p  6:45a 10.97 |
                 |                               Sat.  6/24  3.650*          6:51p  6:45a 11.90 |
                 |                               Sun.  6/25  3.650*          2:39p  6:45a 16.10 |
                 +-----------------------------------------------------------------------------+

***Total wages for selected employees:    175.20
```



CONFIDENTIAL
D04099

# EXHIBIT B

CONFIDENTIAL
D04221

*[Page contains a sideways-oriented Employee Earnings Record from Payrolls by Paychex for "0020-Y156 TWENTY ONES INCORPORATED", for checks dated through 12/31/06. Employee: GARIBALDI, JULIE. Pay rate 4350/4450; Reg hours 5700/3200/8900; Reg earnings 24785/13990/38775; Total earnings 24785/13990/38775; SS 2059/3086/... MED ...; Federal 1981/13990/13990; State 3058/541/3599/3599; Local 1871/401/2372/2372; DBL 120/120/240/240; Other Comp 57350/26420/93780/93780; Net Pay 17565/6568/8378/8378. Start date 11/01/05. Rate 4.350. Dept 020547, 11/25, 000100.]*

Redacted

Jun-05-2007 11:46 PM PAYCHEX, INC.    1

7/7

# EXHIBIT C



Redacted

CONFIDENTIAL
D04222

# EXHIBIT D

THE 40/40 CLUB POLICY AND PROCEDURE EMPLOYEE UNDERSTANDING

NAME  Julie Garibaldi
DATE  6/17/06

POSITION  Selver

I UNDERSTAND THE FOLLOWING POLICY'S, THEY HAVE BEEN EXPLAINES. WRITEN, READ AND DISCUSSED AT VARIOUS MEETING'S.

1. THERE IS A SIX STEP CREDIT CARD PROCEDURE, IT IS POSTED AND IF NOT FOLLOWED MAY CAUSE MY PAYMENT THE FULL AMOUNT OF THE CHECK IN QUESTION.
2. THERE IS ZERO TOLERANCE POLICY FOR DRUG SALE OR USE BY AN EMPLOYEE OR CUSTOMER. ALCOHOL USE BY AN EMPLOYEE, SERVING TO MINORS OR INTOXICATED PATRON'S. THERE ARE PROCEDURES THAT I MUST FOLLOW IF ANY OF THE ZERO TOLERANCE INCIDENTS OCCUR.
3. I MUST BE FLUENT IN ALL MENU ITEMS.
4. I MUST ATTEND WEEKLY MEETINGS.

CONFIDENTIAL
D04093