UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

**CELESTE WILLIAMS, LAUREN CRUZ, EMANUEL O'NEALE, BRANDON STURMAN, LATRESHA HALL, LAKEISHA MITCHELL, CHRISTINE BORBELY, JULIE GARIBALDI and JANINE APONTE, on behalf of themselves and others similarly situated,**

INDEX NO: 07cv3978-LAP

**Plaintiffs,**

**v.**

**TWENTY ONES INCORPORATED d/b/a THE 40/40 CLUB, SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ and DESIREE GONZALES,**

**Defendants.**

---------------------------------------------------x

**DECLARATION OF THERESE RAZ**

I, Therese Raz, under penalty of perjury, affirm as follows:

1. I am a New York resident and an opt-in plaintiff in the above-captioned matter.

2. I submit this declaration based on personal knowledge unless indicated otherwise.

3. I was employed as a Bartender at The 40/40 Club sports bar located at 6 West 25th Street from approximately November 2006 through January 2007.

4. Throughout my employment at The 40/40 Club, I was not paid the minimum wage for each hour that I worked. Instead, I only received tips. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know that it was the common practice of defendants to not pay its employees who received tips a minimum wage and/or hourly wage for any hours of work.

5. I never received a paycheck from The 40/40 Club during my employment. Therefore, I did not receive anything which reflected my hours of work, the wages I was

**Exhibit C-8**

supposed to receive, or any withholdings for taxes. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know this was the common practice of defendants.

6. During my employment, I regularly worked more than forty hours in a week. However, I was not paid time and a half for hours worked in excess of forty in a week. The 40/40 Club's failure to pay overtime is reflected in the time report attached as Exhibit A. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know it was the common practice of defendants to not pay its employees an overtime premium.

7. The time report attached as Exhibit A also shows that I worked in excess of ten (10) hours per workday for defendants but I was never paid a "spread of hours" premium. I have personally witnessed other employees working shifts of more than ten (10) hours. Based on conversations with these employees, I know it was the common practice of defendants to not pay a "spread of hours" premium for workdays in excess of ten (10) hours.

8. Attached as Exhibit B are my alleged payroll reports provided by defendants and shown to me by my lawyers. I did not receive any payroll reports or pay checks during my employment at The 40/40 Club. Therefore, I never saw these documents prior to this lawsuit. Moreover, I have no reason to believe that these alleged payroll reports are an accurate reflection of my working hours at The 40/40 Club.

9. Attached as Exhibit C are my alleged W-2s provided by defendants and shown to me by my attorneys. Throughout my employment at The 40/40 Club, I never received a W-2 and have never seen these documents prior to this lawsuit. However, I did receive a 1099 form, which is attached as Exhibit D. I have no reason to believe that these alleged W-2s or this 1099 form are an accurate reflection of what I was actually paid in wages. Furthermore, based on

conversations with other employees of The 40/40 Club and what I witnessed, I know it was the common practice of defendants to not provide W-2s to its employees.

10. I believe that portions of my tips were retained by defendants. The 40/40 Club did not provide us with, or require us to fill out, any sort of tip declaration form. Because The 40/40 Club did not provide us with any records establishing the amount of tips I should have received, I have no independent means of verifying these amounts. However, based on the tips given to me by patrons and what was eventually paid to me by defendants, I believe that I did not receive all of my tips due.

11. If a patron of The 40/40 Club did not sign their credit card receipt, defendants retained the disputed tip for ninety (90) days. Defendants gave me a copy of this policy, which is attached as Exhibit E.

12. I was not paid any direct wage by The 40/40 Club. Because The 40/40 Club never paid me any direct wages, I was not paid the wages I was owed in a timely manner. Other employees have reported to me that they were not paid any direct wages by The 40/40 Club. Therefore, I know that it was the common practice of defendants to not pay its employees in a timely manner.

13. If a patron left The 40/40 Club without paying the bill, defendants would force its employees to pay the bill out with his/her own money.

14. Similarly, The 40/40 Club forced employees to pay for breakages, spills, and the like. I know this was the policy at The 40/40 Club because this happened to me personally and I had to pay for it.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8 day of January, 2008.

Therese Raz

# EXHIBIT A

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 20:32:17.51

Payroll Report for the period from Mon Dec 11, 2006 to Sun Dec 17, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 [redacted] | FRONT OF HOUSE | BARTENDER | 50.00 | | REG | 39.1333 | 4.130 | 161.62 |
| End Date: 02/18/07 | | | | | | OTD | 10.5667 | 0.000 | 0.00 |

Total: 39.1333 regular hours ( 161.62)and 10.5667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 161.62

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Tue. | 12/12 | 4.130 | | 7:59p | 3:07a | 7.13 |
| | | Thu. | 12/14 | 4.130* | | 4:59p | 3:27a | 10.47 |
| | | Fri. | 12/15 | 4.130* | | 5:31p | 6:45a | 13.23 |
| | | Sat. | 12/16 | 4.130* | | 6:53p | 5:35a | 10.70 |
| | | Sun. | 12/17 | 4.130* | | 5:43p | 1:53a | 8.17 |

***Total wages for selected employees: 161.62

POSitouch

CONFIDENTIAL
D04643

# EXHIBIT B



PAYROLLS BY **PAYCHEX**.

0020-Y156 TWENTY ONES INCORPORATED

## EMPLOYEE EARNINGS RECORD

FOR CHECKS DATED THROUGH 06/30/07

06/30/07

| PER. END DATE | PAY RATE | C D | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | BONUS | PARTY CHK | TOTAL EARNINGS | SS MED. | FEDERAL | STATE | LOCAL | DBL | 1 PX401 EEPRE | 2 PX401 | 3 PX401 LOAN | 4 CASH TIPS | ADV/L OAN | HEALT H DED | 7 PPO/H EALTH | 8 HMO/H EALTH | 9 CHLD SPT | 10 DEDUC TIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | OTHER COMP | | OTHER COMP | | | | | | | |
| 114 | 4600 | | 925 | | 4255 | | | | 4255 | 2238 | 1538 | | 419 | 60 | | | | 25000 | | | | | | | |
| 121 | 4600 | | 2358 | | 10893 | | | | 10893 | 3376 | 5136 | 1408 | 913 | 60 | | | | 33230 | | | | | | | |
| 128 | 4600 | | 2531 | | 11643 | | | | 11643 | 2584 | 3583 | 839 | 569 | 60 | | | | 22131 | | | | | | | 4018 |
| 204 | 4600 | | 3123 | | 14366 | | | | 14366 | 1331 | 1231 | 160 | 148 | 60 | | | | 3039 | | | | | | | 11436 |
| 211 | 4600 | | 2000 | | 9200 | | | | 9200 | 4528 | 3138 | | 1474 | 60 | | | | 50000 | | | | | | | |
| 218 | 4600 | | 4000 | 200 | 18400 | 1380 | | | 19780 | 7997 | 8481 | | 3242 | 60 | | | | 84762 | | | | | | | |
| 603 | 4600 | | 3158 | | 14573 | | | | 14573 | 5119 | 7619 | | 1775 | 60 | | | | 52352 | | | | | | | |
| | QTD | | 18115 | 200 | 83330 | 1380 | | | 84710 | SS 22023 MED 5150 | 30726 | 2407 | 8530 | 420 | | | | 270504 | | | | | | | 15454 |
| | YTD | | 18115 | 200 | 83330 | 1380 | | | 84710 | SS 22023 MED 5150 | 30726 | 2407 | 8530 | 420 | | | | 270504 | | | | | | | 15454 |

| EMPL# | TERM | DEPT | SOCIAL SECURITY NR | SALARY | RATES | BIRTH DATE |
|---|---|---|---|---|---|---|
| 000676 | 06/20 | 000400 | [redacted] | | 4.600 | |
| | | | 1 1.5 S 0 0 | | | START DATE 11/01/06 |
| RAZ, THERESE [redacted] | | | | PREVIOUS SALARY | | LAST RAISE DATE 06/06/07 |
| | | | | PREVIOUS RATE | REV FREQ | LAST REVIEW |

ADJUSTMENTS

| NO | ADJ NAME | AMOUNT | R&T | ACCOUNT NUMBER | NO | ADJ NAME | AMOUNT | R&T | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PX401EEPRE | | | | | | | | |
| 2 | PX401 | | | | | | | | |
| 3 | PX401LOAN | | | | | | | | |
| 4 | CASH TIPS | | | | | | | | |
| 5 | ADV/LOAN | | | | | | | | |
| 6 | HEALTH DED | | | | | | | | |
| 7 | PPO/HEALTH | | | | | | | | |
| 8 | HMO/HEALTH | | | | | | | | |
| 9 | CHLD SPT | | | | | | | | |
| 10 | DEDUCTIONS | | | | | | | | |

13-Jul-2007 11:43 AM PAYCHEX 7329268308

9/20

Redacted

CONFIDENTIAL D04653

# EXHIBIT C

Jun-15-2007 04:21 AM PAYCHEX, INC. 1

2/2

**Form W-2 Wage and Tax Statement 2006** OMB No. 1545-0008 39-1908647 Department of the Treasury -- Internal Revenue Service

| | | | |
|---|---|---|---|
| Control number 0020-Y156 | Copy B--To Be Filed With Employee's FEDERAL Tax Return. | 1 Wages, tips, other comp. 1192.19 | 2 Fed. income tax withheld 218.76 |
| Employer identification no. (EIN) 55-0787351 | Employee's social security no. [redacted] | 3 Social security wages 1192.19 | 4 Social security tax withheld 73.26 |
| Employer's name, address, and ZIP code<br>TWENTY ONES INCORPORATED<br>6 WEST 25TH STREET<br>NEW YORK NY 10010 | 7 Social security tips | 5 Medicare wages and tips 1192.19 | 6 Medicare tax withheld 17.29 |
| | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code<br>THERESE RAZ<br>[redacted] | 11 Nonqualified plans<br>14 NYSDI 0.60 | 12a-12d Code See inst. for box 12 | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| 15 State NY Employer's state ID number 550787351 | 16 State wages, tips, etc. 1192.19 | 17 State income tax 64.84 | 18 Local wages, tips, etc. 1192.19 |
| 19 Local income tax 38.15 | 20 Locality name NYC | | |

This information is being furnished to the Internal Revenue Service.

**Form W-2 Wage and Tax Statement 2006** OMB No. 1545-0008 39-1908647 Department of the Treasury -- Internal Revenue Service

| | | | |
|---|---|---|---|
| Control number 0020-Y156 | Copy C--For EMPLOYEE'S RECORDS (see Notice to Employee.) This info. is being furnished to the IRS. | 1 Wages, tips, other comp. 1192.19 | 2 Fed. income tax withheld 218.76 |
| Employer identification no. (EIN) 55-0787351 | Employee's social security no. [redacted] | 3 Social security wages 1192.19 | 4 Social security tax withheld 73.26 |
| Employer's name, address, and ZIP code<br>TWENTY ONES INCORPORATED<br>6 WEST 25TH STREET<br>NEW YORK NY 10010 | 7 Social security tips | 5 Medicare wages and tips 1192.19 | 6 Medicare tax withheld 17.29 |
| | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code<br>THERESE RAZ<br>[redacted] | 11 Nonqualified plans<br>14 NYSDI 0.60 | 12a-12d Code See inst. for box 12 | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| 15 State NY Employer's state ID number 550787351 | 16 State wages, tips, etc. 1192.19 | 17 State income tax 64.84 | 18 Local wages, tips, etc. 1192.19 |
| 19 Local income tax 38.15 | 20 Locality name NYC | | |

If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Form W-2 Wage and Tax Statement 2006** OMB No. 1545-0008 39-1908647 Department of the Treasury -- Internal Revenue Service

| | | | |
|---|---|---|---|
| Control number 0020-Y156 | Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return. | 1 Wages, tips, other comp. 1192.19 | 2 Fed. income tax withheld 218.76 |
| Employer identification no. (EIN) 55-0787351 | Employee's social security no. [redacted] | 3 Social security wages 1192.19 | 4 Social security tax withheld 73.26 |
| Employer's name, address, and ZIP code<br>TWENTY ONES INCORPORATED<br>6 WEST 25TH STREET<br>NEW YORK NY 10010 | 7 Social security tips | 5 Medicare wages and tips 1192.19 | 6 Medicare tax withheld 17.29 |
| | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code<br>THERESE RAZ<br>[redacted] | 11 Nonqualified plans<br>14 NYSDI 0.60 | 12a-12d Code | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| 15 State NY Employer's state ID number 550787351 | 16 State wages, tips, etc. 1192.19 | 17 State income tax 64.84 | 18 Local wages, tips, etc. 1192.19 |
| 19 Local income tax 38.15 | 20 Locality name NYC | | |

6 BW24DWN NTF 2503001 Copyright 2006 Greatland/Nelco

**Form W-2 Wage and Tax Statement 2006** OMB No. 1545-0008 39-1908647 Department of the Treasury -- Internal Revenue Service

| | | | |
|---|---|---|---|
| Control number 0020-Y156 | Copy 2--To Be Filed With Employee's State, City, or Local Income Tax Return. | 1 Wages, tips, other comp. 1192.19 | 2 Fed. income tax withheld 218.76 |
| Employer identification no. (EIN) 55-0787351 | Employee's social security no. [redacted] | 3 Social security wages 1192.19 | 4 Social security tax withheld 73.26 |
| Employer's name, address, and ZIP code<br>TWENTY ONES INCORPORATED<br>6 WEST 25TH STREET<br>NEW YORK NY 10010 | 7 Social security tips | 5 Medicare wages and tips 1192.19 | 6 Medicare tax withheld 17.29 |
| | 8 Allocated tips | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code<br>THERESE RAZ<br>[redacted] | 11 Nonqualified plans<br>14 NYSDI 0.60 | 12a-12d Code | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| 15 State NY Employer's state ID number 550787351 | 16 State wages, tips, etc. 1192.19 | 17 State income tax 64.84 | 18 Local wages, tips, etc. 1192.19 |
| 19 Local income tax 38.15 | 20 Locality name NYC | | |

Redacted

CONFIDENTIAL
D04642

Form 1099-MISC ☐ CORRECTED (if checked) (keep for your records)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
TWENTY ONES INCORPORATED

6 WEST 25TH STREET
NEW YORK, NY 10010

1 Rents
$

2 Royalties
$

3 Other income
$

OMB No. 1545-0115

**2006**

Form **1099-MISC**

4 **Fed. inc. tax withheld**
$

**Miscellaneous Income**

39-1908647
Department of the Treasury — IRS

**Copy B For Recipient**

PAYER'S federal identification number
55-0787351

RECIPIENT'S identification number
[redacted]

5 Fishing boat proceeds
$

6 Medical and health care payments
$

RECIPIENT'S name, address, and ZIP code
THERESE RAZ
[redacted]
[redacted]

7 Nonemployee compensation
$ 59.00

8 Substitute payments in lieu of dividends or interest
$

9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐

10 Crop insurance proceeds
$

11

12

Account number (see instructions)

13 Excess golden parachute payments
$

14 Gross proceeds paid to an attorney
$

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

15a Section 409A deferrals
$

15b Section 409A income
$

16 State tax withheld
$
$

17 State/Payer's state no.

18 State income
$
$

Redacted

# EXHIBIT E

**THE 40/40 CLUB POLICY AND PROCEDURE EMPLOYEE UNDERSTANDING**

NAME Therese Raz

DATE 11/29/06

POSITION Bartender

I UNDERSTAND THE FOLLOWING POLICIES, THEY HAVE BEEN EXPLAINED, WRITTEN, READ AND DISCUSSED AT VARIOUS MEETING'S.

1. THERE IS A SIX STEP CREDIT CARD PROCEDURE, IT IS POSTED AND IF NOT FOLLOWED MAY CAUSE MY PAYMENT OF THE FULL AMOUNT OF THE CHECK IN QUESTION.
2. THERE IS ZERO TOLERANCE POLICY FOR DRUG SALE OR USE BY AN EMPLOYEE OR CUSTOMER. ALCOHOL USE BY AN EMPLOYEE, SERVING TO MINORS OR INTOXICATED PATRON'S. THERE ARE PROCEDURES THAT I MUST FOLLOW IF ANY OF THE ZERO TOLERANCE INCIDENTS OCCUR.
3. I MUST BE FLUENT IN ALL MENU ITEMS.
4. I MUST ATTEND WEEKLY MEETINGS.
5. I MUST BE FLUENT IN THE NAME OF THE

CONFIDENTIAL
D04606