UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON
STURMAN, LATRESHA HALL,
LAKEISHA MITCHELL, CHRISTINE
BORBELY, JULIE GARIBALDI and
JANINE APONTE, on behalf of themselves
and others similarly situated,

        Plaintiffs,

v.

TWENTY ONES INCORPORATED d/b/a
THE 40/40 CLUB, SHAWN CARTER p/k/a
JAY-Z, JUAN PEREZ and DESIREE
GONZALES,

        Defendants.
----------------------------------------------------------x

INDEX NO: 07cv3978-LAP

## DECLARATION OF BRANDON STURMAN

I, Brandon Sturman, under penalty of perjury, affirm as follows:

1. I am a New York resident and a named plaintiff in the above-captioned matter.

2. I submit this declaration based on personal knowledge unless indicated otherwise.

3. I was employed as a Bartender at The 40/40 Club sports bar located at 6 West 25th Street from approximately April 2006 through February 2007.

4. Throughout my employment at The 40/40 Club, I was not paid the minimum wage for each hour that I worked. Instead, I only received tips. Based on conversations with other employees of The 40/40 Club, such as Candice, Kim, Mohammed, Eddie, Chrissy, Shondell, Jennifer, and Christina (last names unknown), and what I witnessed, I know that it was the common practice of defendants to not pay its employees who received tips a minimum wage and/or hourly wage for any hours of work.

**Exhibit C-9**

5. I never received a paycheck from The 40/40 Club during my employment. Therefore, I did not receive anything which reflected my hours of work, the wages I was supposed to receive, or any withholdings for taxes. Based on conversations with other employees of The 40/40 Club, such as Candice, Kim, Mohammed, Eddie, Chrissy, Shondell, Jennifer, and Christina (last names unknown), and what I witnessed, I know this was the common practice of defendants.

6. During my employment, I regularly worked more than forty hours in a week. However, I was not paid time and a half for hours worked in excess of forty in a week. The 40/40 Club's failure to pay overtime is reflected in the time report attached as Exhibit A. Based on conversations with other employees of The 40/40 Club and what I witnessed, I know it was the common practice of defendants to not pay its employees an overtime premium.

7. The time report attached as Exhibit A also shows that I worked in excess of ten (10) hours per workday for defendants but I was never paid a "spread of hours" premium. I have personally witnessed other employees working shifts of more than ten (10) hours. Based on conversations with these employees, I know it was the common practice of defendants to not pay a "spread of hours" premium for workdays in excess of ten (10) hours.

8. I did not receive any payroll reports or pay checks during my employment at The 40/40 Club.

9. Attached as Exhibit B are my alleged W-2s provided by defendants and shown to me by my attorneys. Throughout my employment at The 40/40 Club, I never received a W-2 and have never seen these documents prior to this lawsuit. Furthermore, I have no reason to believe that these alleged W-2s are an accurate reflection of what I was actually paid in wages.

10. I believe that portions of my tips were retained by defendants. The 40/40 Club did not provide us with, or require us to fill out, any sort of tip declaration form. Because The

40/40 Club did not provide us with any records establishing the amount of tips I should have received, I have no independent means of verifying these amounts. However, based on the tips given to me by patrons and what was eventually paid to me by defendants, I believe that I did not receive all of my tips due.

11.   If a patron of The 40/40 Club did not sign their credit card receipt, defendants retained the disputed tip for ninety (90) days. Defendants gave me a copy of this policy, which is attached as Exhibit C. This happened to me personally as well as to other employees that I know. Therefore, based on my personal experience and the experiences of other employees at The 40/40 Club, I know this was the common practice of defendants.

12.   I was not paid any direct wage by The 40/40 Club. Because The 40/40 Club never paid me any direct wages, I was not paid the wages I was owed in a timely manner. Other employees, including Candice, Kim, Mohammed, Eddie, Chrissy, Shondell, Jennifer, and Christina (last names unknown), have reported to me that they were not paid any direct wages by The 40/40 Club. Therefore, I know that it was the common practice of defendants to not pay its employees in a timely manner.

13.   If a patron left The 40/40 Club without paying the bill, defendants would force its employees to pay the bill with his/her own money. For example, I had a customer walk out without paying and I had to pay the bill. Other employees of The 40/40 Club, including Candice, Kim, Mohammed, Eddie, Chrissy, Shondell, Jennifer, and Christina (last names unknown), have told me about similar experiences.

14.   Similarly, The 40/40 Club forced employees to pay for breakages, spills, and the like.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3 day of JANUARY, 2008.

Brandon Sturman

# EXHIBIT A

```
40/40 NYC                                                                                    PAGE:  1
REPORT DATE: 06/14/2007                                                              REPORT TIME: 21:03:25.84
-------------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Tue May 16, 2006 to Sun May 21, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-------------------------------------------------------------------------------------------------------
STURMAN, BRANDON         0758              Department     Job               Tips   Pool Type Hours     Rate      Total
End Date: 07/29/06                         FRONT OF HOUSE BARTENDER                     REG  32.0000   4.350     139.20
                                                                                        OTD  17.6000   0.000       0.00
              Total: 32.0000 regular hours ( 139.20)and 17.6000 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  139.20
                   +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                   | FRONT OF HOUSE  BARTENDER     Tue.  5/16  4.350*            8:46p  6:45a  9.98 |
                   |                               Wed.  5/17  4.350*            2:22p  6:45a 16.38 |
                   |                               Thu.  5/18  4.350             6:45a  6:45a  0.00 |
                   |                               Fri.  5/19  4.350             6:45a  6:45a  0.00 |
                   |                               Sat.  5/20  4.350*            6:56p  6:45a 11.82 |
                   |                               Sun.  5/21  4.350*            7:20p  6:45a 11.42 |
                   +-----------------------------------------------------------------------------+


***Total wages for selected employees:    139.20
```

POSitouch

CONFIDENTIAL
D04739

# EXHIBIT B

4/5

Jun-01-2007 10:35 PM PAYCHEX, INC. 1

### Form W-2 Wage and Tax Statement 2006 — Copy B (Federal)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| EIN | 55-0787351 |
| Control number | 0020-Y156 |
| Employer | TWENTY ONES INCORPORATED, 6 WEST 25TH STREET, NEW YORK NY 10010 |
| Employee | BRANDON STURMAN |
| 1 Wages, tips, other comp. | 2886.19 |
| 2 Fed. income tax withheld | 278.79 |
| 3 Social security wages | 2886.19 |
| 4 Social security tax withheld | 178.94 |
| 5 Medicare wages and tips | 2886.19 |
| 6 Medicare tax withheld | 41.85 |
| 14 NYSDI | 1.20 |
| 15 State / Employer's state ID | NY 55-0787351 |
| 16 State wages, tips, etc. | 2886.19 |
| 17 State income tax | 152.20 |
| 18 Local wages, tips, etc. | 2886.19 |
| 19 Local income tax | 89.33 |
| 20 Locality name | NYC |

This information is being furnished to the Internal Revenue Service.

### Form W-2 Wage and Tax Statement 2006 — Copy C (Employee's Records)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| EIN | 55-0787351 |
| Control number | 0020-Y156 |
| Employer | TWENTY ONES INCORPORATED, 6 WEST 25TH STREET, NEW YORK NY 10010 |
| Employee | BRANDON STURMAN |
| 1 Wages, tips, other comp. | 2886.19 |
| 2 Fed. income tax withheld | 278.79 |
| 3 Social security wages | 2886.19 |
| 4 Social security tax withheld | 178.94 |
| 5 Medicare wages and tips | 2886.19 |
| 6 Medicare tax withheld | 41.85 |
| 14 NYSDI | 1.20 |
| 15 State / Employer's state ID | NY 55-0787351 |
| 16 State wages, tips, etc. | 2886.19 |
| 17 State income tax | 152.20 |
| 18 Local wages, tips, etc. | 2886.19 |
| 19 Local income tax | 89.33 |
| 20 Locality name | NYC |

If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

### Form W-2 Wage and Tax Statement 2006 — Copy 2 (State, City, or Local)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| EIN | 55-0787351 |
| Control number | 0020-Y156 |
| Employer | TWENTY ONES INCORPORATED, 6 WEST 25TH STREET, NEW YORK NY 10010 |
| Employee | BRANDON STURMAN |
| 1 Wages, tips, other comp. | 2886.19 |
| 2 Fed. income tax withheld | 278.79 |
| 3 Social security wages | 2886.19 |
| 4 Social security tax withheld | 178.94 |
| 5 Medicare wages and tips | 2886.19 |
| 6 Medicare tax withheld | 41.85 |
| 14 NYSDI | 1.20 |
| 15 State / Employer's state ID | NY 55-0787351 |
| 16 State wages, tips, etc. | 2886.19 |
| 17 State income tax | 152.20 |
| 18 Local wages, tips, etc. | 2886.19 |
| 19 Local income tax | 89.33 |
| 20 Locality name | NYC |

8 BW24DWN    NTF 2563001    Copyright 2006 Greatland/Nelco

### Form W-2 Wage and Tax Statement 2006 — Copy 2 (State, City, or Local)

| Field | Value |
|---|---|
| OMB No. | 1545-0008 |
| EIN | 55-0787351 |
| Control number | 0020-Y156 |
| Employer | TWENTY ONES INCORPORATED, 6 WEST 25TH STREET, NEW YORK NY 10010 |
| Employee | BRANDON STURMAN |
| 1 Wages, tips, other comp. | 2886.19 |
| 2 Fed. income tax withheld | 278.79 |
| 3 Social security wages | 2886.19 |
| 4 Social security tax withheld | 178.94 |
| 5 Medicare wages and tips | 2886.19 |
| 6 Medicare tax withheld | 41.85 |
| 14 NYSDI | 1.20 |
| 15 State / Employer's state ID | NY 55-0787351 |
| 16 State wages, tips, etc. | 2886.19 |
| 17 State income tax | 152.20 |
| 18 Local wages, tips, etc. | 2886.19 |
| 19 Local income tax | 89.33 |
| 20 Locality name | NYC |

Redacted    CONFIDENTIAL
D04841

# EXHIBIT C

THE 40/40 CLUB POLICY AND PROCEDURE EMPLOYEE UNDERSTANDING

NAME Brandon Sturman
DATE 4/6/06

POSITION Bartender

I UNDERSTAND THE FOLLOWING POLICY'S, THEY HAVE BEEN EXPLAINES. WRITEN, READ AND DISCUSSED AT VARIOUS MEETING'S.

1. THERE IS A SIX STEP CREDIT CARD PROCEDURE, IT IS POSTED AND IF NOT FOLLOWED MAY CAUSE MY PAYMENT OF THE FULL AMOUNT OF THE CHECK IN QUESTION.
2. THERE IS ZERO TOLERANCE POLICY FOR DRUG SALE OR USE BY AN EMPLOYEE OR CUSTOMER. ALCOHOL USE BY AN EMPLOYEE, SERVING TO MINORS OR INTOXICATED PATRON'S. THERE ARE PROCEDURES THAT I MUST FOLLOW IF ANY OF THE ZERO TOLERANCE INCIDENTS OCCUR.
3. I MUST BE FLUENT IN ALL MENU ITEMS.
4. I MUST ATTEND WEEKLY MEETINGS.

CONFIDENTIAL
D04708