

CONFIDENTIAL
D-P0096

**Exhibit D**