NADIA MILLER

SS# ▮▮▮▮▮▮▮ EMPL.# 000403 DEPT# 000600

"s by Paychex, Inc.
.0020 **Y156** 0036   000600

| | | | NET PAY | 1140.96 | 1140.96 |

FOLD AND RE...   FOLD AND REMOVE

**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 91.50 | 15.000 | 1372.50 | |
| TOTAL EARNINGS | | | 1372.50 | 1372.50 |

**EMPLOYER INFORMATION**
40/40 CLUB
6 WEST 25TH STREET
NEW YORK, NY 10010

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 85.10 | 85.10 |
| | MEDICARE | 19.90 | 19.90 |
| S 05 | FEDERAL | 78.14 | 78.14 |
| S 05 | NY | 47.20 | 47.20 |
| | DBL | 1.20 | 1.20 |

PAY PERIOD 12/25/06 TO 01/07/07
CHECK DATE 01/11/07   CHECK # 5581

| TOTAL WITHHOLDINGS | 231.54 | 231.54 |

**PERSONAL INFORMATION**

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |

**Exhibit E**

**FOLD AND REMOVE**

**YOUR BANKING**

**EMPLOYER INFORMATION**
40/40 CLUB
6 WEST 25TH STREET
NEW YORK, NY 10010

PAY PERIOD 11/27/06 TO 12/10/06
CHECK DATE 12/14/06   CHECK #   5446

**PERSONAL INFORMATION**
[redacted] MILLER
[redacted]
[redacted] EMPL# 000403 DEPT# 000600

Payrolls by Paychex, Inc.
0020 Y156 0036   000600

**FOLD AND REM**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 105.50 | 15.000 | 1582.50 | |
| TOTAL EARNINGS | | | 1582.50 | 12075.00 |

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 98.12 | 748.67 |
| | MEDICARE | 22.95 | 175.10 |
| S 05 | FEDERAL | 109.88 | 508.47 |
| S 05 | NY | 61.58 | 344.04 |
| | DBL | 1.20 | 13.20 |
| TOTAL WITHHOLDINGS | | 293.73 | 1789.48 |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|
| REIMB | | 65.23 + |
| ADV/LOAN | | 100.00 - |

NET PAY   1288.77   10250.75