```
40/40 NYC                                                                                           PAGE:    1
REPORT DATE: 06/11/2007                                                              REPORT TIME: 15:20:54.78
-------------------------------------------------------------------------------------------------------------
              Payroll Report for the period from Mon Jan 2, 2006 to Sun Jan 8, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment  HOL holidays  SHDF shift diff.pay
-------------------------------------------------------------------------------------------------------------
PICKERING, KISHMA         0678          Department      Job              Tips   Pool Type Hours        Rate          Total
End Date: 11/15/06                      FRONT OF HOUSE  RECEPTIONIST                 REG  40.0000
                                                                                     OTD   6.2833
                                                                                     OTW   8.0000
                       +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                       | FRONT OF HOUSE  RECEPTIONIST   Tue. 1/3              6:42p  2:54a  8.20 |
                       |                                Wed. 1/4              6:56p  3:22a  8.43 |
                       |                                Thu. 1/5              6:58p  4:22a  9.40 |
                       |                                Fri. 1/6              7:11p  4:32a  9.35 |
                       |                                Sat. 1/7              6:57p  4:38a  9.68 |
                       |                                Sun. 1/8              6:58p  4:11a  9.22 |
                       +------------------------------------------------------------------------+
```

CONFIDENTIAL
D-P0155



```
40/40 NYC                                                                              PAGE:    1
REPORT DATE: 06/11/2007                                                       REPORT TIME: 15:21:37.98
-------------------------------------------------------------------------------------------------
             Payroll Report for the period from Mon Jan 9, 2006 to Sun Jan 15, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-------------------------------------------------------------------------------------------------
PICKERING, KISHMA            0678         Department        Job              Tips    Pool Type Hours      Rate           Total
End Date: 11/15/06                        FRONT OF HOUSE    RECEPTIONIST                  REG   40.0000
                                                                                          OTD   11.3833
                                                                                          OTW    8.0000
                    +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE  RECEPTIONIST   Tue.  1/10                6:51p  4:09a  9.30 |
                    |                                Wed.  1/11                5:17p  4:21a 11.07 |
                    |                                Thu.  1/12                6:55p  4:05a  9.17 |
                    |                                Fri.  1/13                6:48p  5:11a 10.38 |
                    |                                Sat.  1/14                6:53p  5:08a 10.25 |
                    |                                Sun.  1/15                6:59p  4:12a  9.22 |
                    +------------------------------------------------------------------------+
```

CONFIDENTIAL
D-P0156



**FOLD AND REMOVE**

### YOUR BANKING

### EMPLOYER INFORMATION
40/40 CLUB
6 WEST 25TH STREET
NEW YORK, NY 10010

PAY PERIOD 01/09/06 TO 01/22/06
CHECK DATE 01/26/06   CHECK # 4176

### PERSONAL INFORMATION

**FOLD AND REMOVE**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 105.00 | 12.000 | 1260.00 | |
| TOTAL EARNINGS | | | 1260.00 | 2484.00 |

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 78.12 | 154.01 |
| | MEDICARE | 18.27 | 36.02 |
| S 03 | FEDERAL | 102.46 | 256.64 |
| S 03 | NY | 44.76 | 94.96 |
| | DBL | 1.20 | 2.40 |
| TOTAL WITHHOLDINGS | | 244.81 | 544.03 |

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

```
40/40 NYC                                                                              PAGE:    1
REPORT DATE: 06/11/2007                                                        REPORT TIME: 15:23:04.85
------------------------------------------------------------------------------------------------------
                  Payroll Report for the period from Mon Jan 23, 2006 to Sun Jan 29, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
------------------------------------------------------------------------------------------------------

PICKERING, KISHMA        0678        Department         Job              Tips   Pool  Type  Hours      Rate         Total
End Date: 11/15/06                   FRONT OF HOUSE    RECEPTIONIST                    REG   40.0000
                                                                                       OTD    4.2667
                                                                                       OTW    5.3333

                 +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                 | FRONT OF HOUSE  RECEPTIONIST   Tue.  1/24               6:35p  12:02a  5.45 |
                 |                                Wed.  1/25               7:04p   2:57a  7.88 |
                 |                                Thu.  1/26               7:05p   3:59a  8.90 |
                 |                                Fri.  1/27               6:49p   4:14a  9.42 |
                 |                                Sat.  1/28               7:05p   4:32a  9.45 |
                 |                                Sun.  1/29               6:59p   3:29a  8.50 |
                 +----------------------------------------------------------------------------+
```

CONFIDENTIAL
D-P0158

PosiTouch

```
40/40 NYC                                                                          PAGE:   1
REPORT DATE: 06/11/2007                                                REPORT TIME: 15:23:55.92
-------------------------------------------------------------------------------------------
                Payroll Report for the period from Mon Jan 30, 2006 to Sun Feb 5, 2006

REG regular    OTW ovt-week    OTD ovt-day    MSC misc pay    SAL salary    ADJ adjustment    DEL deleted punch    * Rate changed in punch
Types of punches not included in regular or overtime calculation:    PADJ prev.period adjustment    HOL holidays    SHDF shift diff.pay
-------------------------------------------------------------------------------------------
PICKERING, KISHMA          0678           Department      Job              Tips    Pool Type Hours      Rate           Total
End Date: 11/15/06                        FRONT OF HOUSE  RECEPTIONIST               REG  40.0000
                                                                                     OTD  12.9667
                                                                                     OTW   5.4500

                   +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                   | FRONT OF HOUSE  RECEPTIONIST   Tue.  1/31               7:05p  1:23a  6.30 |
                   |                                Wed.  2/1                7:04p  2:13a  7.15 |
                   |                                Thu.  2/2                6:47p  4:28a  9.68 |
                   |                                Fri.  2/3                6:55p  4:49a  9.90 |
                   |                                Sat.  2/4                6:57p  5:06a 10.15 |
                   |                                Sun.  2/5               12:52p  4:06a 15.23 |
                   +-----------------------------------------------------------------------+
```




CONFIDENTIAL
D-P0159

🏠 FOLD AND REMOVE                                                                                   FOLD AND REMOVE

**YOUR BANKING**

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|
| REGULAR | 105.00 | 14.000 | 1470.00 | |
| TOTAL EARNINGS | | | 1470.00 | 3954.00 |

**EMPLOYER INFORMATION**
40/40 CLUB
6 WEST 25TH STREET
NEW YORK, NY 10010

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---|---|---|---|
| | SOC SEC | 91.14 | 245.15 |
| | MEDICARE | 21.32 | 57.34 |
| S 03 | FEDERAL | 133.96 | 390.60 |
| S 03 | NY | 59.15 | 154.11 |
| | DBL | 1.20 | 3.60 |

PAY PERIOD 01/23/06 TO 02/05/06
CHECK DATE 02/09/06   CHECK # 4227

TOTAL WITHHOLDINGS      306.77        850.80

**PERSONAL INFORMATION**
KISHMA PICKERING

SS# ████████   000451 DEPT# 000600

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|---|---|---|

Payrolls by Paychex, Inc.
0020 Y156 0045  000600           NET PAY           1163.23       3103.20

