```
40/40 NYC                                                                                    PAGE:   1
REPORT DATE: 07/17/2007                                                              REPORT TIME: 23:28:11.59
--------------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon May 29, 2006 to Sun Jun 4, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
--------------------------------------------------------------------------------------------------------
    GILLETTE, ANITA         0778        Department      Job              Tips   Pool Type  Hours      Rate          Total
    End Date: 08/19/06                  FRONT OF HOUSE  SERVER          162.64       REG   40.0000    3.850         154.00
                                                                                     OTD    7.3167    0.000           0.00
            Total: 40.0000 regular hours ( 154.00)and 7.3167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  154.00
                    +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE  SERVER         Tue.  5/30  3.850*         4:56p  3:07a 10.18 |
                    |                                Wed.  5/31  3.850*         5:55p  3:21a  9.43 |
                    |                                Thu.  6/1   3.850*         5:58p  2:55a  8.95 |
                    |                                Fri.  6/2   3.850*         8:00p  5:04a  9.07 |
                    |                                Sat.  6/3   3.850*         7:59p  5:40a  9.68 |
                    +---------------------------------------------------------------------------+


***Total wages for selected employees:    154.00
```

POSitouch
CONFIDENTIAL
D02741

Exhibit G

```
40/40 NYC                                                                           PAGE:   1
REPORT DATE: 07/17/2007                                                 REPORT TIME: 23:29:27.78
----------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Jun 5, 2006 to Sun Jun 11, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC mis pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
----------------------------------------------------------------------------------------------
GILLETTE, ANITA           0778          Department      Job           Tips   Pool Type Hours     Rate         Total
End Date: 08/19/06                      FRONT OF HOUSE  SERVER         41.70      REG  40.0000   3.850        154.00
                                                                                 OTD  12.7667   0.000          0.00
        Total: 40.0000 regular hours ( 154.00) and 12.7667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  154.00
                  +-Department------Job------------Day---Date--Rate---Type-----In-----Out---Hrs-+
                  | FRONT OF HOUSE  SERVER         Mon. 6/5   3.850*        6:19p  2:30a  8.18 |
                  |                                Thu. 6/8   3.850*        5:53p  2:01a  8.17 |
                  |                                Fri. 6/9   3.850*        8:00p  6:45a 10.75 |
                  |                                Sat. 6/10  3.850*        6:56p  6:14a 11.30 |
                  |                                Sun. 6/11  3.850*       21:58a  2:20a 14.37 |
                  +--------------------------------------------------------------------------+


***Total wages for selected employees:    154.00
```

```
40/40 NYC                                                                           PAGE:   1
REPORT DATE: 07/17/2007                                                 REPORT TIME: 23:29:27.78
----------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Jun 5, 2006 to Sun Jun 11, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC mis pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
----------------------------------------------------------------------------------------------
GILLETTE, ANITA           0778          Department      Job           Tips   Pool Type Hours     Rate         Total
End Date: 08/19/06                      FRONT OF HOUSE  SERVER         41.70      REG  40.0000   3.850        154.00
                                                                                 OTD  12.7667   0.000          0.00
        Total: 40.0000 regular hours ( 154.00) and 12.7667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  154.00
                  +-Department------Job------------Day---Date--Rate---Type-----In-----Out---Hrs-+
                  | FRONT OF HOUSE  SERVER         Mon. 6/5   3.850*        6:19p  2:30a  8.18 |
                  |                                Thu. 6/8   3.850*        5:53p  2:01a  8.17 |
                  |                                Fri. 6/9   3.850*        8:00p  6:45a 10.75 |
                  |                                Sat. 6/10  3.850*        6:56p  6:14a 11.30 |
                  |                                Sun. 6/11  3.850*       21:58a  2:20a 14.37 |
                  +--------------------------------------------------------------------------+


***Total wages for selected employees:    154.00
```

POSitouch

CONFIDENTIAL
D01816



CONFIDENTIAL D02737