UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON
STURMAN, LATRESHA HALL, LAKEISHA
MITCHELL, CHRISTINE BORBELY, JULIE
GARIBALDI and JANINE APONTE, on behalf
of themselves and others similarly situated,

        Plaintiffs,

   v.

TWENTY ONES INCORPORATED d/b/a THE
40/40 CLUB, SHAWN CARTER p/k/a JAY-Z,
JUAN PEREZ and DESIREE GONZALES,

        Defendants.
--------------------------------------------------------x

INDEX NO: 07cv3978-LAP

NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for the Plaintiffs.

   I certify that I am admitted to practice in this court.

Dated: New York, New York
       January 28, 2008

                Respectfully submitted,

                /s/ Brian P. Fredericks
                Brian P. Fredericks (BF-1873)
                Joseph & Herzfeld LLP
                757 Third Avenue, 25th Floor
                New York, NY  10017
                Tel. (212) 688-5640
                Fax (212) 688-2548

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies and affirms under penalty of perjury that true and correct copies of the foregoing document were served by CM/ECF and first class mail this 28th day of January 2008.

      Andrew Paul Marks
      Sara Danielle Sheinkin
      Littler Mendelson, P.C. (NY)
      885 Third Avenue, 16th Floor
      New York, NY 10022
      Attorneys for Defendants

      Charles Edward Joseph
      D. Maimon Kirschenbaum
      Joseph and Herzfeld
      757 Third Avenue, 25th Floor
      New York, NY 10017
      Attorneys for Plaintiffs

      Richard Jennings Burch
      Bruckner Burch PLLC
      1000 Louisiana, Suite 1300
      Houston, TX 77002
      Attorneys for Plaintiffs

Dated: New York, New York      /s/ Brian P. Fredericks
      January 28, 2008              Brian P. Fredericks (BF-1873)
                                          Joseph & Herzfeld LLP
                                          757 Third Avenue, 25th Floor
                                          New York, NY 10017