**AFFIRMATION OF SARA D. SHEINKIN IN OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION**

Sara D. Sheinkin, an attorney admitted to practice before this Court and the courts of the State of New York, hereby affirms under penalty of perjury:

1. I am an attorney with the firm of Littler Mendelson, P.C., attorneys for Defendants Twenty Ones Incorporated, Sean Carter, Juan Perez, and Desire Gonzalez Perez. I am fully familiar with the facts of this proceeding as well as the matters set forth herein, either by personal knowledge or upon review of the files in possession of this firm. I submit this Affirmation in support of Defendants' Opposition to Plaintiffs' Motion for Conditional Certification

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail from former plaintiff Lauren Cruz to Desiree Perez, dated October 18, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Desiree Gonzales-Perez.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Afsar Ahmed.

5. Attached hereto as Exhibit D are true and correct copies of the Declarations of Gloria Alvarez.

6. Attached hereto as Exhibit E are true and correct copies of the Declarations of Edward DeMatteo.

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Mohammed Jahan.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Amber Marsala.

9. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Joelle Martin.

10. Attached hereto as Exhibit I is a true and correct copy of the Declaration of Shondell McDowell.

11. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Timothy McGuigan.

12. Attached hereto as Exhibit K is a true and correct copy of the Declaration of David Navaratte.

13. Attached hereto as Exhibit L is a true and correct copy of the Declaration of Larry Ram.

14. Attached hereto as Exhibit M is a true and correct copy of the Declaration of Jasmine Vargas.

15. Attached hereto as Exhibit N is a true and correct copy of the Declaration of Timavia Cole.

16. Attached hereto as Exhibit O is a true and correct copy of the Declaration of Yolanda Dent.

17. Attached hereto as Exhibit P is a true and correct copy of the Declaration of Starry Parks.

18. Attached hereto as Exhibit Q is a true and correct copy of the Declaration of Coralito Sosa.

19. Attached hereto as Exhibit R is a true and correct copy of the Affidavit of Desiree Gonzles-Perez.

20. Attached hereto as Exhibit S are true and correct copies of the Withdrawal of Consent to Sue Under Federal Fair Labor Standards Act Forms of Christine Borbely, Alex Collado, Lauren Cruz, Lakeisha Mitchell, Shawn Mohammed, and Emmanuel O'Neale.

21. Attached hereto as Exhibit T is a true and correct copy of an excerpt from Internal Revenue Service, Publication 15, Employer's Tax Guide for use in 2008.

22. Attached hereto as Exhibit U is a true and correct copy of the positouch time records for Celeste Williams.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts from the deposition of Anita Gillette.

24. Attached hereto as Exhibit W is a true and correct copy of excerpts from the deposition of Christopher Pownall.

25. Attached hereto as Exhibit X is a true and correct copy of excerpts from the deposition of Therese Raz.

26. Attached hereto as Exhibit Y is a true and correct copy of excerpts from the deposition of Brandon Sturman.

27. Attached hereto as Exhibit Z is a true and correct copy of excerpts from the deposition of Celeste Williams.

28. Attached hereto as Exhibit AA is a true and correct copy of section 30d of the U.S. Department of Labor's Field Operation Handbook, *available at* http://www.dol.gov/esa/whd/FOH/index.htm.


Dated: February 29, 2008
    New York, New York                    /s Sara Sheinkin
                                          SARA D. SHEINKIN