# EXHIBIT A

**From:** Lauren Cruz [mailto:laurx729x@yahoo.com]
**Sent:** Thursday, October 18, 2007 3:17 PM
**To:** Desiree@the4040club.com
**Subject:**

Hi Des, how are you?  I'm emailing you because I was unsure how to go about handeling a conversation I had with Maimon Kirschenbaum. Last Thursday, Oct. 11, I made a call to the offices of Mr. Kirschenbaum.  I wanted inform them that I released my name from the lawsuit and ensure that they were aware of my position. He got on the phone and very abruptly asked me; "Why did you do that?"  I told him that it was a decision I made.  He then proceeded to tell me that it seems that you (Desiree) bribed me.  I told him that was absolutely not the case; that I contacted you and that I made that decision relying only on my own desires and judgements.  He persisted on to try to get me to say that you bribed me.  I ended the conversation immediately.  I felt that Mr. Kirschenbaum's actions were very inappropriate and unprofessional.  Then, on Monday, Oct 15, I received a voicemail from Mr. Kirschenbaum saying that he needed to speak with me to answer a couple of questions before he processes the paperwork he received.  I am unaware of any paperwork that would need to be processed on his end that would need any action from me.  I have not gotten back to him, and I didn't plan on it.  Chrissy also informed me that he called her with the same message.  I wanted to contact you to make you aware of this, and also ask you if there is anything I should do about these occurences.
   Well, I hope all is well with you, and I hope to hear from you soon.
                              Thanks,
                                   Lauren.

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

2/29/2008