# EXHIBIT P

## **DECLARATION**

I, Starry Parks, do hereby swear, affirm and attest under the penalties of perjury as follows, based upon my personal knowledge of the matters contained herein:

1. I am over the age of 18 and competent to testify to the matters stated in this declaration. I give this declaration voluntarily. I have not been promised any benefit, coerced or threatened in any manner in exchange for the testimony in this declaration.

2. I have been employed at The 40/40 Club, located at 6 West 25th Street, New York, New York, as a Telephone Operator/Receptionist from December 2007 to the present.

3. I have never witnessed Shawn Carter exercise control over any personnel decisions at the Club. To my knowledge, Mr. Carter does not interview employees, does not hire employees, does not set policies for the payment of wages, pay rates or the method of payment, and does not sign employees' paychecks. I have never witnessed Mr. Carter supervise or discipline employees, investigate complaints, or set employment policies or procedures.

4. I also have never witnessed Juan Perez exercise control over any personnel decisions at the Club. To my knowledge, Mr. Perez does not interview employees, does not hire employees, does not set policies for the payment of wages, pay rates or the method of payment, and does not sign employees' paychecks. I have never witnessed Mr. Perez supervise or discipline employees, investigate complaints, or set employment policies or procedures.

5. At all times throughout my employment, I have been required to clock in and clock out using the posi-touch computer system to provide the Club with an accurate record of my time worked.

6. I am paid $12 per hour. I have always been paid for all hours that I work.

7. Although I do not regularly work more than 40 hours in a workweek, I have been paid time and a half for all hours over 40 that I have worked in any workweek.

8. My paychecks are available for me to pick up at the Club each week. They are kept in a box in the office.

9. I have never had any deductions taken from my wages without my consent. The Club has never taken improper deductions from my wages, for instance, if some items were missing. I am not aware of any such deductions being taken from any other employee's wages.

10. I received my 2007 W-2 from the Club in a timely manner. It accurately reflects the wages that I had earned.

11. I am aware that there is a lawsuit pending against the Club brought by former employees who claim that they were not paid their full and proper wages. I do not desire to become an opt-in plaintiff of the pending lawsuit because I believe the Club has paid me all wages to which I am entitled. I do not believe that I have been denied any minimum, overtime or other wages.

12. This declaration was prepared by counsel for Twenty Ones, Inc. d/b/a The 40/40 Club based on an interview in which I voluntarily participated. I was advised that I could end the interview at any time. I have also been told by counsel for Twenty Ones

Inc. that I should only sign this declaration if everything within it is true and correct to the best of my knowledge, information and belief. I have been given a full opportunity to review carefully this declaration I have been given a full opportunity to review carefully this declaration and freely make any corrections and additions of any kind. I verify that the information I have provided in this declaration is true and correct.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

_____        02/28/07
Starry Parks                                  Date