# EXHIBIT S

## WITHDRAWAL OF CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph and Herzog to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_____         10/12/07
Christine Borbely                                Date

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF New York )

I, _David Lever_, a Notary Public, do hereby certify that Christine Borbely, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 12th day of October, 2007.

_____
Notary Public

My Commission Expires: May 21, 2011

DAVID LEVER
Notary Public, State of New York
No. 01LE6166345
Qualified in New York County
Commission Expires May 21, 2011

Subscribed and sworn to before me
this ____ day of _____
_____
Notary Public

4

## WITHDRAWAL OF CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph & Herzfeld LLP to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_Alex Collado_ (signature)   1-16-08
Alex Collado                  Date


STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF           )

I, Shawn Porat, a Notary Public, do hereby certify that Alex Collado, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 16th day of January, 2008.

_____
Notary Public

My Commission Expires:   **SHAWN PORAT**
Notary Public - State of New York
No. 01PO6174290
Qualified in Kings County
My Commission Expires September 17, 2011

## WITHDRAWAL OF CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph and Herzog to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_____        9/26/07
Lauren Cruz                              Date

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NY         )

I, _Maura Williams_, a Notary Public, do hereby certify that Lauren Cruz, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 26 day of September, 2007.

_____
Notary Public

My Commission Expires: May 26, 2010

**MAURICE HALLIVIS**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HA6007604
Qualified in New York County
Commission Expires May 26, 2010

## WITHDRAWAL OF CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph and Herzog to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_____   September 25th 2007
Lakeisha Mitchell                                    Date

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NY        )

I, Maurice Hallivis, a Notary Public, do hereby certify that Lakeisha Mitchell, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 25 day of September, 2007.

_____
Notary Public

My Commission Expires: May 26, 2010

MAURICE HALLIVIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HA6007604
Qualified in New York County
Commission Expires May 26, 2010

4

## WITHDRAWAL OF CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph and Herzog to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_____        Oct 16, 2007
Shawn Mohammed                          Date

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF            )

I, Shawn Porat, a Notary Public, do hereby certify that Shawn Mohammed, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 16th day of October, 2007.

_____
Notary Public

My Commission Expires: 09/17/2011

N#-01PO6174290
Kings County

## WITHDRAWAL OF CONSENT TO SUE UNDER FEDERAL FAIR LABOR STANDARDS ACT

I hereby withdraw my prior consent to become a party plaintiff in the matter of *Williams v. Twenty Ones Inc. d/b/a The 40/40 Club, Shawn Carter, Juan Perez and Desiree Gonzales*, 07 cv 3978, and withdraw any authority of the law firm of Joseph and Herzog to represent me in that or any other matter. I intend to resolve any claims I may have directly with my prior employer.

_____          8/29/07
Emmanuel O'Neale                          Date

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

I, KENNETH A EDELSTEIN, a Notary Public, do hereby certify that Emmanuel O'Neale, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that she signed and delivered the said instrument as her free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and official seal this 29 day of AUGUST, 2007.

_____
Notary Public

My Commission Expires: 15 MAY 2010

KENNETH A. EDELSTEIN
Notary Public, State of New York
No. 01ED6041732
Qualified in New York County
Commission Expires May 15, 2010

4