# EXHIBIT U



```
40/40 NYC                                                                                    PAGE:   1
REPORT DATE: 06/08/2007                                                         REPORT TIME: 16:11:22.76
-------------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Dec 5, 2005 to Sun Dec 11, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-------------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE           0685           Department     Job              Tips   Pool Type Hours     Rate         Total
                                           FRONT OF HOUSE SERVER                       REG  8.0000   3.850         30.80
                                                                                       OTD  7.9167   0.000          0.00
            Total: 8.0000 regular hours ( 30.80)and 7.9167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt   30.80
                    +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE  SERVER         Sun. 12/11  3.850*       2:50p  6:45a 15.92 |
                    +----------------------------------------------------------------------------+


***Total wages for selected employees:     30.80
```

POSitouch

CONFIDENTIAL
D04562

```
40/40 NYC                                                                                           PAGE:    1
REPORT DATE: 06/08/2007                                                             REPORT TIME: 16:19:37.64
------------------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Dec 12, 2005 to Sun Dec 18, 2005

REG regular    OTW ovt-week    OTD ovt-day    MSC misc pay    SAL salary    ADJ adjustment    DEL deleted punch    * Rate changed in punch
Types of punches not included in regular or overtime calculation:    PADJ prev.period adjustment    HOL holidays    SHDF shift diff.pay
------------------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE       0685         Department        Job              Tips    Pool Type  Hours      Rate        Total
                                     FRONT OF HOUSE   SERVER                         REG   8.0000     3.850       30.80
                                                                                     OTD   4.8833     0.000        0.00
                Total: 8.0000 regular hours ( 30.80)and 4.8833 overtime hours( 0.00) and 0.0000 other hoursTotal Amt    30.80
                +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                | FRONT OF HOUSE  SERVER        Fri. 12/16  3.850*        5:52p  6:45a 12.88 |
                |                               Sat. 12/17  3.850         6:45a  6:45a  0.00 |
                |                               Sun. 12/18  3.850         6:45a  6:45a  0.00 |
                +--------------------------------------------------------------------------+


***Total wages for selected employees:     30.80
```

POS itouch

CONFIDENTIAL
D04563

```
40/40 NYC                                                                              PAGE:   1
REPORT DATE: 06/08/2007                                                       REPORT TIME: 16:22:22.70
-----------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Dec 19, 2005 to Sun Dec 25, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-----------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE          0685          Department         Job              Tips   Pool Type Hours     Rate         Total
                                    FRONT OF HOUSE      SERVER                           REG  16.0000   3.850        61.60
                                                                                         OTD   5.1167   0.000         0.00
              Total: 16.0000 regular hours ( 61.60)and 5.1167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt   61.60
                    +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE   SERVER       Mon. 12/19  3.850         6:45a  6:45a  0.00 |
                    |                               Thu. 12/22  3.850*        7:34p  6:45a 11.18 |
                    |                               Fri. 12/23  3.850*        8:49p  6:45a  9.93 |
                    |                               Sat. 12/24  3.850         6:45a  6:45a  0.00 |
                    +------------------------------------------------------------------------+


***Total wages for selected employees:    61.60
```

POSitouch

CONFIDENTIAL
D04564

```
40/40 NYC                                                                                    PAGE:  1
REPORT DATE: 06/08/2007                                                      REPORT TIME: 16:19:37.64
-----------------------------------------------------------------------------------------------------
                  Payroll Report for the period from Mon Dec 12, 2005 to Sun Dec 18, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-----------------------------------------------------------------------------------------------------
    WILLIAMS, CELESTE           0685         Department      Job         Tips   Pool Type  Hours      Rate            Total
                                             FRONT OF HOUSE  SERVER                  REG   8.0000    3.850            30.80
                                                                                     OTD   4.8833    0.000             0.00
          Total: 8.0000 regular hours ( 30.80)and 4.8833 overtime hours( 0.00) and 0.0000 other hoursTotal Amt    30.80
                    +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE  SERVER        Fri. 12/16  3.850*          5:52p 6:45a 12.88 |
                    |                               Sat. 12/17  3.850           6:45a 6:45a  0.00 |
                    |                               Sun. 12/18  3.850           6:45a 6:45a  0.00 |
                    +------------------------------------------------------------------------+


***Total wages for selected employees:    30.80
```

POSitouch

CONFIDENTIAL
D04565

```
40/40 NYC                                                                                       PAGE:  1
REPORT DATE: 06/08/2007                                                           REPORT TIME: 16:22:22.70
-----------------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Dec 19, 2005 to Sun Dec 25, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-----------------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE          0685         Department      Job          Tips    Pool Type Hours      Rate       Total
                                        FRONT OF HOUSE  SERVER                    REG  16.0000    3.850      61.60
                                                                                  OTD   5.1167    0.000       0.00
            Total: 16.0000 regular hours ( 61.60)and 5.1167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt    61.60
                    +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                    | FRONT OF HOUSE  SERVER        Mon. 12/19  3.850           6:45a  6:45a  0.00 |
                    |                               Thu. 12/22  3.850*          7:34p  6:45a 11.18 |
                    |                               Fri. 12/23  3.850*          8:49p  6:45a  9.93 |
                    |                               Sat. 12/24  3.850           6:45a  6:45a  0.00 |
                    +------------------------------------------------------------------------------+


***Total wages for selected employees:     61.60
```



CONFIDENTIAL
D04566

```
40/40 NYC                                                                                    PAGE:    1
REPORT DATE: 06/15/2007                                                            REPORT TIME: 10:56:35.34
-----------------------------------------------------------------------------------------------------------
              Payroll Report for the period from Sun Dec 11, 2005 to Sat Dec 17, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-----------------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE           0685         Department      Job              Tips   Pool  Type Hours      Rate         Total
                                         FRONT OF HOUSE  SERVER                       REG  16.0000    3.850        61.60
                                                                                      OTD  12.8000    0.000         0.00
           Total: 16.0000 regular hours ( 61.60)and 12.8000 overtime hours( 0.00) and 0.0000 other hoursTotal Amt    61.60
                 +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                 | FRONT OF HOUSE  SERVER        Sun. 12/11  3.850*          2:50p  6:45a 15.92 |
                 |                               Fri. 12/16  3.850*          5:52p  6:45a 12.88 |
                 |                               Sat. 12/17  3.850           6:45a  6:45a  0.00 |
                 +--------------------------------------------------------------------------+


***Total wages for selected employees:    61.60
```



CONFIDENTIAL
D04567

```
40/40 NYC                                                                                           PAGE:  1
REPORT DATE: 06/15/2007                                                              REPORT TIME: 10:57:05.39
------------------------------------------------------------------------------------------------------------
                     Payroll Report for the period from Sun Dec 18, 2005 to Sat Dec 24, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
------------------------------------------------------------------------------------------------------------
WILLIAMS, CELESTE             0685        Department    Job            Tips    Pool Type Hours      Rate         Total
                                          FRONT OF HOUSE SERVER                     REG  16.0000    3.850        61.60
                                                                                    OTD   5.1167    0.000         0.00
            Total: 16.0000 regular hours ( 61.60)and 5.1167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  61.60
                  +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                  | FRONT OF HOUSE  SERVER     Sun. 12/18  3.850            6:45a  6:45a  0.00 |
                  |                            Mon. 12/19  3.850            6:45a  6:45a  0.00 |
                  |                            Thu. 12/22  3.850*           7:34p  6:45a 11.18 |
                  |                            Fri. 12/23  3.850*           8:49p  6:45a  9.93 |
                  |                            Sat. 12/24  3.850            6:45a  6:45a  0.00 |
                  +----------------------------------------------------------------------------+


***Total wages for selected employees:     61.60
```

POSitouch

CONFIDENTIAL
D04568