# CERTIFICATE OF SERVICE

Sara D. Sheinkin, of full age, hereby certifies as follows:

1.  I am an attorney with the law firm of Littler Mendelson, P.C., counsel for defendants in the matters of *Williams et al. v. Twenty Ones, Inc. et al.*, Case No. 07-cv-3978 and *Pickering et al. v. The 40/40 Club et al.*, Case No. 07-cv-4798. I am familiar with the facts set forth in this Certification.

2.  On February 29, 2008, I caused true and complete copies of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification and the Affirmation of Sara D. Sheinkin in Opposition to Plaintiffs' Motion for Conditional Certification to be electronically filed with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

> D. Maimon Kirschenbaum, Esq.
> Joseph & Herzfeld
> 757 Third Avenue
> New York, New York 10022
> maimon@jhllp.com

Attorneys for the *Williams* plaintiffs

3.  On February 29, 2008, I caused true and complete copies of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Conditional Certification and the Affirmation of Sara D. Sheinkin in Opposition to Plaintiffs' Motion for Conditional Certification to be mailed in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, upon the following:

        Michael Shen, Esq.
        Michael Shen & Associates, P.C.
        225 Broadway, Suite 2515
        New York, NY 10007

        Attorneys for the *Pickering* Plaintiffs

4. I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: February 29, 2008
      New York, New York

        /s Sara Sheinkin
        Sara D. Sheinkin (SS-9719)