| PLAINTIFF | PAY PERIOD | HOURS WORKED | HOURS PAID | AMOUNT SHORTED |
|---|---|---|---|---|
| Jenna Davis | 1/8/07-1/14/07 | 45.5 | 25.42 | 20.08 |
| Jenna Davis | 1/15/07-1/21/07 | 16.53 | 15 | 1.53 |
| Jenna Davis | 1/22/07 - 1/28/07 | 10.95 | 8.28 | 2.67 |
| Jenna Davis | 1/29/07-2/4/07 | 23.73 | 22 | 1.73 |
| Jenna Davis | 2/5/07-2-11/07 | 30.58 | 25.2 | 5.38 |
| Jenna Davis | 2/12/07 - 2/18/07 | 26.58 | 26.37 | 0.21 |
| Jenna Davis | 2/19/07 - 2/25/07 | 34.5 | 32.25 | 2.25 |
| Jenna Davis | 2/26/07-3/4/07 | 19.07 | 17.14 | 1.93 |
| Jenna Davis | 3/5/07-3/11/07 | 17.43 | 17 | 0.43 |
| Jenna Davis | 3/12/07 - 3/18/07 | 33.11 | 31.55 | 1.56 |
| Jenna Davis | 3/19/07 - 3/25/07 | 34.38 | 0 | 34.38 |
| Julie Garibaldi | 6/19/06-6/25/06 | 86.34 | 57 | 29.34 |
| Julie Garibaldi | 6/26/06-7/9/06 | 55.41 | 32 | 23.41 |
| Anita Gillette | 5/8/06-5/14/06 | 22.66 | 0 | 22.66 |
| Anita Gillette | 5/15/06-5/21/06 | 55.55 | 0 | 55.55 |
| Anita Gillette | 5/22/2006 | 1.87 | 0 | 1.87 |
| Anita Gillette | 5/29/06-6/11/06 | 100.08 | 70 | 30.08 |
| Anita Gillette | 6/12/06-6/25/06 | 112.2 | 70 | 42.2 |
| Anita Gillette | 6/26/06-7/9/06 | 109.66 | 80 | 29.66 |
| Anita Gillette | 7/10/06-7/23/06 | 37.15 | 37 | 0.15 |
| Anita Gillette | 7/24/06-8/7/06 | 55.96 | 46 | 9.96 |
| Anita Gillette | 8/8/06-8/21/06 | 71.11 | 61 | 10.11 |
| Alex Masotta | 1/23/05-2/6/05 | 84.52 | 80 | 4.52 |
| Alex Masotta | 2/7/05-2/19/05 | 54.63 | 50 | 4.63 |
| Alex Masotta | 2/20/06-3/6/06 | 75.73 | 72 | 3.73 |
| Alex Masotta | 3/7/06-3/20/06 | 97.71 | 80 | 17.71 |
| Alex Masotta | 3/21/06-4/3/06 | 97.16 | 80 | 17.16 |
| Christopher Pownall | 2/2/06 - 3/5/06 | 102.98 | 28 | 74.98 |
| Christopher Pownall | 3/20/06 - 3/27/06 | 25.38 | 0 | 25.38 |
| Therese Raz | 1/1/07-1/7/07 | 36.68 | 0 | 36.38 |
| Therese Raz | 1/8/07-1/14/07 | 11.92 | 9.25 | 2.72 |
| Therese Raz | 1/22/07 - 1/28/07 | 37.31 | 25.31 | 12 |
| Therese Raz | 1/29/07 - 2/4/07 | 41.85 | 31.23 | 10.62 |
| Therese Raz | 2/5/07-2/11/07 | 20.78 | 20 | 0.78 |
| Therese Raz | 2/12/07-2/18/07 | 45.13 | 42 | 3.13 |
| Jennifer Schelhorn | 1/29/07-2/4/07 | 2.55 | 2 | 0.55 |
| Jennifer Schelhorn | 2/5/07-2/11/07 | 33.16 | 22.5 | 10.66 |
| Jennifer Schelhorn | 2/12/07-2/18/07 | 33.06 | 25 | 8.06 |