Jul-03-2007 04:58 PM PAYCHEX, INC. 1

PAYROLLS BY PAYCHEX.

0020-Y156 TWENTY ONES INCORPORATED

# EMPLOYEE EARNINGS RECORD

FOR CHECKS DATED THROUGH 06/30/07

06/30/07

| PER. END DATE | PAY RATE | C O | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | BONUS | PARTY CHK | TOTAL EARNINGS | SS MED. |
|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 4500 | | 2542 | | 11693 | | | | 11693 | 3519 |
| 121 | 4600 (illegible overprint) | | 1600 | | 6900 | | | | 6900 | 2794 |
| 128 | 4600 (illegible overprint) | | 825 | | 3795 | | | | 3795 | 2203 |
| 204 | 4600 (illegible overprint) | | 2200 | | 10120 | | | | 10120 | 1993 |
| 211 | 4600 (illegible overprint) | | 2520 | | 11592 | | | | 11592 | 6282 |
| 218 | 4600 (illegible overprint) | | 2487 | 150 | 11440 | 1035 | | | 12475 | 5387 |
| 225 | 4600 (illegible overprint) | | 3150 | 75 | 14488 | 518 | | | 15006 | 7618 |
| 304 | 4600 (illegible overprint) | | 1714 | | 7884 | | | | 7884 | 7797 |
| 311 | 4600 (illegible overprint) | | 1000 | 700 | 4600 | 4830 | | | 9430 | 2220 |
| 318 | 4600 (illegible overprint) | | 2755 | 400 | 12673 | 2760 | | | 16433 | 4601 |
| 603 | 4600 | | 4000 | 60 | 18400 | 345 | | | 18745 | 4811 |
| | QTD | | 24893 | 1376 | 113587 | 9488 | | | 123075 | SS 38532 MED 9013 |
| | YTD | | 24893 | 1376 | 113587 | 9488 | | | 123075 | SS 38532 MED 9013 |

| PER. END DATE | TAXES FEDERAL | TAXES STATE | TAXES LOCAL | DBL | 1 PX401 EEPRE | 2 PX401 (OTHER COMP) | 3 PX401 LOAN | 4 CASH TIPS (OTHER COMP) | ADV/LOAN | HEALTH DED | 7 PPO/HEALTH | 8 HMO/HEALTH | 9 CHLD SPT | 10 DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 5416 | 1624 | 993 | 50 | | | | 34300 | | | | | | | |
| 121 | 3402 | | 584 | 50 | | | | 29624 | | | | | | | |
| 128 | 1127 | | 405 | 50 | | | | 25000 | | | | | | | 191 |
| 204 | 2424 | 505 | 320 | 50 | | | | 15926 | | | | | | | |
| 211 | 4422 | | 1888 | 50 | | | | 57182 | | | | | | | 4818 |
| 218 | 5115 | | 1952 | 50 | | | | 57947 | | | | | | | |
| 225 | 4432 | | 2996 | 50 | | | | 83267 | | | | | | | |
| 304 | | | 567 | 50 | | | | 86705 | | | | | | | |
| 311 | 2889 | 625 | 412 | 50 | | | | 19583 | | | | | | | |
| 318 | 7538 | 1723 | 1611 | 50 | | | | 44705 | | | | | | | 3244 |
| 603 | 7961 | 2626 | 1618 | 50 | | | | 44144 | | | | | | | 1679 |
| QTD | 44697 | 7003 | 13238 | 680 | | | | 498393 | | | | | | | 9932 |
| YTD | 44697 | 7003 | 13238 | 660 | | | | 498393 | | | | | | | 9932 |

| EMPL # | TERM | DEPT | SOCIAL SECURITY NO | SALARY | RATES | BIRTH DATE |
|---|---|---|---|---|---|---|
| 000641 | 06/06 | 000400 | 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 | | 4.600 | |

| FE | ST/ALT | M/S | FE | ST | SR |
|---|---|---|---|---|---|
| 1 | 1.5 | S | 0 | 0 | |

START DATE: 10/24/06

PREVIOUS SALARY: | LAST RATE DATE: 08/06/07

PREVIOUS RATE: 4.360 | REV FREQ: | LAST REVIEW:

DAVIS, JENNA
820 RIVERSIDE DRIVE APT 4 J
NEW YORK, NY 10032
Y156

ADJUSTMENTS

| NO | ADJ NAME | AMOUNT | RET | ACCOUNT NUMBER | NO | ADJ NAME | AMOUNT | RET | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PX401EEPRE | | | | | | | | |
| 2 | PX401 | | | | | | | | |
| 3 | PX401LOAN | | | | | | | | |
| 4 | CASH TIPS | | | | | | | | |
| 5 | ADV/LOAN | | | | | | | | |
| 6 | HEALTH DED | | | | | | | | |
| 7 | PPO/HEALTH | | | | | | | | |
| 8 | HMO/HEALTH | | | | | | | | |
| 9 | CHLD SPT | | | | | | | | |
| 10 | DEDUCTIONS | | | | | | | | |

CONFIDENTIAL
D01758

40/40 NYC
REPORT DATE: 06/14/2007

REPORT TIME: 23:35:39.25

Payroll Report for the period from Mon Jan 8, 2007 to Sun Jan 14, 2007

R.. regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| DAVIS, JENNA | 0910 | | | | | | | | |
| End Date: 03/24/07 | 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 | FRONT OF HOUSE | BARTENDER | 330.00 | | REG | 28.7500 | 3.850 | 110.69 |
| | | | | | | OTD | 16.7500 | 0.000 | 0.00 |

Total: 28.7500 regular hours ( 110.69)and 16.7500 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 110.69

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Tue. | 1/9 | 3.850 | | 5:36p | 1:09a | 7.55 |
| | | Wed. | 1/10 | 3.850 | | 4:35p | 9:47p | 5.20 |
| | | Thu. | 1/11 | 3.850* | | 4:58p | 1:38a | 8.67 |
| | | Sun. | 1/14 | 3.850 | | 12:03a | 6:45a | 6.70 |
| | | | | 3.850* | | 11:34a | 4:57a | 17.38 |

Please, Print your name ______________________

Employee signature ______________________ Date __________

POS itouch

CONFIDENTIAL

D01356

40/40 NYC
REPORT DATE: 06/15/2007

PAGE: 1
REPORT TIME: 10:38:50.81

Payroll Report for the period from Mon Jan 15, 2007 to Sun Jan 21, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| DAVIS, JENNA | 0910 | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| End Date: 03/24/07 | 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 | FRONT OF HOUSE | BARTENDER | 185.00 | | REG | 15.6167 | 3.850 | 60.12 |
| | | | | | | OTD | 0.9167 | 0.000 | 0.00 |

Total: 15.6167 regular hours ( 60.12)and 0.9167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 60.12

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Thu. | 1/18 | 3.850 | | 4:39p | 12:16a | 7.62 |
| | | Sat. | 1/20 | 3.850* | | 8:33p | 5:28a | 8.92 |

***Total wages for selected employees: 60.12

POSitouch

CONFIDENTIAL
D01359

40/40 NYC
REPORT DATE: 06/15/2007

REPORT TIME: 10:49:44.60

Payroll Report for the period from Mon Mar 5, 2007 to Sun Mar 11, 2007

REG regular  OTW ovt-week  OTD ovt-day  MSC misc pay  SAL salary  ADJ adjustment  DEL deleted punch  * Rate changed in punch
Types of punches not included in regular or overtime calculation:  PADJ prev.period adjustment  HOL holidays  SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| DAVIS, JENNA | 0910 | | | | | | | | |
| End Date: 03/24/07 | 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 | FRONT OF HOUSE | BARTENDER | 20.00 | | REG | 8.0000 | 3.850 | 30.80 |
| | | | | | | OTD | 9.4333 | 0.000 | 0.00 |

Total: 8.0000 regular hours ( 30.80)and 9.4333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 30.80

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Fri. | 3/9 | 3.850* | | 11:20a | 4:46a | 17.43 |

***Total wages for selected employees: 30.80

POS itouch

CONFIDENTIAL
D01366

40/40 NYC
REPORT DATE: 06/15/2007

PAGE: 1
REPORT TIME: 10:50:11.12

Payroll Report for the period from Mon Mar 12, 2007 to Sun Mar 18, 2007

REG regular OTW ovt-week OTD ovt-day NSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHOF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| DAVIS, JENNA | 0910 | | | | | | | | |
| End Date: 03/24/07 | 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 | FRONT OF HOUSE | BARTENDER | 275.20 | | REG | 23.8833 | 3.850 | 91.95 |
| | | | | | | OTD | 9.2333 | 0.000 | 0.00 |

Total: 23.8833 regular hours ( 91.95)and 9.2333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 91.95

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Thu. | 3/15 | 3.850* | | 4:05p | 3:34a | 11.48 |
| | | Fri. | 3/16 | 3.850 | | 8:40p | 4:33a | 7.88 |
| | | Sat. | 3/17 | 3.850* | | 3:39p | 5:24a | 13.75 |

***Total wages for selected employees: 91.95

CONFIDENTIAL
D01367

Payroll Report for the period from Mon Mar 19, 2007 to Sun Mar 25, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| DAVIS, JENNA | 0910 | | | | | | | | |
| End Date: 03/24/07 | 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 | FRONT OF HOUSE | BARTENDER | 225.01 | | REG | 30.3167 | 3.850 | 116.72 |
| | | | | | | OTD | 4.0667 | 0.000 | 0.00 |

Total: 30.3167 regular hours ( 116.72)and 4.0667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 116.72

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Wed. | 3/21 | 3.850 | | 4:34p | 10:53p | 6.32 |
| | | Thu. | 3/22 | 3.850* | | 3:58p | 12:55a | 8.95 |
| | | Fri. | 3/23 | 3.850* | | 6:44p | 4:59a | 10.25 |
| | | Sat. | 3/24 | 3.850 | | 5:19a | 5:19a | 0.00 |
| | | | | 3.850* | | 9:53p | 6:45a | 8.87 |
| | | Sun. | 3/25 | 3.850 | | 6:45a | 6:45a | 0.00 |

***Total wages for selected employees: 116.72

POSitouch

CONFIDENTIAL
D01368