Jun-05-2007 11:46 PM PAYCHEX, INC. 1

7/7

PAYROLLS BY PAYCHEX.

0020-Y156 TWENTY ONES INCORPORATED

# EMPLOYEE EARNINGS RECORD

FOR CHECKS DATED THROUGH 12/31/05

02/22/07

| PER. END DATE | PAY RATE | C D | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | BONUS | PARTY CHK | TOTAL EARNINGS | SS MED. | TAXES FEDERAL | STATE | LOCAL | DBL | 1 PX401 EEPRE | 2 PX401 | 3 PX401 LOAN | 4 CASH TIPS | 5 ADJUSTMENTS ADV/LOAN | 6 HEALTH DED | 7 PPD/HEALTH | 8 HRD/HEALTH | 9 CHLD SPT | 10 DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 4350 / 4350 | | 5700 / 3200 | | 24796 / 13920 | | | | 24796 / 13920 | 2050 / [illegible] | 10881 / 3109 | 3058 / 541 | 1971 / 401 | 120 / 120 | | OTHER COMP | | OTHER COMP 67280 / 26500 | | | | | | | 1715 / 6663 |
| | QTD | | 8900 | | 38716 | | | | 38716 SS 8216 MED 1921 | | 13990 | 3599 | 2372 | 240 | | | | 93780 | | | | | | | 8378 |
| | YTD | | 8900 | | 38716 | | | | 38716 SS 8216 MED 1921 | | 13990 | 3599 | 2372 | 240 | | | | 93780 | | | | | | | 8378 |

| EMPL | [illegible] | DEPT | SOC SEC NUMBER | RATE | START DATE |
|---|---|---|---|---|---|
| 000547 | 11715 | 000100 | 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 | 4.350 | 11/01/05 |

2 | 1.5 | S | 0 | D

GARIBALDI, WILLIE
[illegible] RD
OAKLAND, CA 94606
Y156

1 PX401EEPRE
2 PX401
3 PX401LOAN
4 CASH TIPS
5 ADV/LOAN
6 HEALTH DED
7 PPD/HEALTH
8 HRD/HEALTH
9 CHLD SPT
10 DEDUCTIONS

CONFIDENTIAL
D04221

40/40 NYC
REPORT DATE: 06/14/2007 PAGE: 1
REPORT TIME: 22:13:15.45

Payroll Report for the period from Mon Jun 19, 2006 to Sun Jun 25, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GARIBALDI, JULIE | 0420 | | | | | | | | |
| End Date: 07/20/06 | 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 | FRONT OF HOUSE | SERVER | | | REG | 40.0000 | 3.650 | 146.00 |
| | | | | | | OTD | 31.3167 | 0.000 | 0.00 |
| | | | | | | OTW | 8.0000 | 3.650 | 29.20 |

Total: 40.0000 regular hours ( 146.00)and 39.3167 overtime hours( 29.20) and 0.0000 other hoursTotal Amt 175.20

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 6/19 | 3.650* | | 5:45p | 6:45a | 13.00 |
| | | Tue. | 6/20 | 3.650* | | 5:21p | 6:45a | 13.40 |
| | | Wed. | 6/21 | 3.650 | | 6:45a | 6:45a | 0.00 |
| | | Thu. | 6/22 | 3.650* | | 4:48p | 6:45a | 13.95 |
| | | Fri. | 6/23 | 3.650* | | 7:47p | 6:45a | 10.97 |
| | | Sat. | 6/24 | 3.650* | | 6:51p | 6:45a | 11.90 |
| | | Sun. | 6/25 | 3.650* | | 2:39p | 6:45a | 16.10 |

***Total wages for selected employees: 175.20

POSitouch
CONFIDENTIAL
D04099

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 22:13:43.48

Payroll Report for the period from Mon Jun 26, 2006 to Wed Jun 28, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GARIBALDI, JULIE | 0820 | | | | | | | | |
| End Date: 07/20/06 | 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 | FRONT OF HOUSE | SERVER | | | REG | 24.0000 | 3.650 | 87.60 |
| | | | | | | OTD | 17.2500 | 0.000 | 0.00 |

Total: 24.0000 regular hours ( 87.60)and 17.2500 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 87.60

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 6/26 | 3.650* | | 4:52p | 6:45a | 13.88 |
| | | Tue. | 6/27 | 3.650* | | 5:16p | 6:45a | 13.48 |
| | | Wed. | 6/28 | 3.650* | | 4:52p | 6:45a | 13.88 |

***Total wages for selected employees: 87.60

POS itouch

CONFIDENTIAL
D04100