

PAYROLLS BY PAYCHEX.
0020-Y156 TWENTY ONES INCORPORATED

EMPLOYEE EARNINGS RECORD
FOR CHECKS DATED THROUGH 09/30/06

09/29/06

| PER. END DATE | PAY RATE | C D | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | BONUS | PARTY CHK | TOTAL EARNINGS | SS MED. | FEDERAL | STATE | LOCAL | DBL | 1 PX401 EEPRE | 2 PX401 | 3 PX401 LOAN | 4 CASH TIPS | ADV/LOAN | HEALTH DED | 7 PPO/HEALTH | 8 HMO/HEALTH | 9 CHILD SPT | 10 DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | OTHER COMP | | OTHER COMP | | | | | | | |
| 611 | 4350 | | 7000 | | 30450 | | | | 30450 | 9881 | 16295 | 1088 | 3266 | 120 | | | | 96100 | | | | | | | |
| 625 | 4350 | | 7000 | | 30450 | | | | 30450 | 8675 | 14075 | 4407 | 2759 | 120 | | | | 83000 | | | | | | | |
| | QTD | | 14000 | | 60900 | | | | 60900 | SS 14880<br>MED 3480 | 30370 | 5495 | 6025 | 240 | | | | 179100 | | | | | | | 410<br>410 |
| 709 | 4350 | | 8000 | | 34800 | | | | 34800 | 12408 | 17314 | | 4758 | 120 | | | | 130000 | | | | | | | |
| 723 | 4350 | | 3700 | | 16095 | | | | 16095 | [illegible] | [illegible] | | 2546 | 120 | | | | 91600 | | | | | | | |
| 806 | 4350 | | 4600 | | 20010 | | | | 20010 | [illegible] | [illegible] | | 3011 | 120 | | | | 100000 | | | | | | | |
| 820 | 4350 | | 6100 | | 26535 | | | | 26535 | 9122 | 14312 | | 2981 | 120 | | | | 92700 | | | | | | | |
| | QTD | | 22400 | | 97410 | | | | 97410 | SS 31729<br>MED 7421 | 44614 | | 13296 | 480 | | | | 414300 | | | | | | | |
| | YTD | | 36400 | | 158310 | | | | 158310 | SS 46609<br>MED 10901 | 74984 | 5495 | 19321 | 720 | | | | 593400 | | | | | | | 410 |

| EMPL | TERM | DEPT | SOCIAL SECURITY NO. | SALARY | RATE | BIRTH DATE |
|---|---|---|---|---|---|---|
| 000522 | 08/20 | 000100 | 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 | | 4.350 | |

| | | | | | START DATE |
|---|---|---|---|---|---|
| 2 | 1.5 | S | 0 | 0 | 06/14/06 |

| PREVIOUS SALARY | LAST RATE DATE |
|---|---|
| | 06/14/06 |

| PREVIOUS RATE | REV DATE | LAST REVIEW |
|---|---|---|
| | | |

GILLETTE,ANITA
123 HAVERLY AVE APT 3
BROOKLYN,NY 11206
Y156

| ADJUSTMENTS NO | ADJ. NAME | AMOUNT | RATE | ACCOUNT NUMBER | NO | ADJ. NAME | AMOUNT | RATE | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PX401EEPRE | | | | | | | | |
| 2 | PX401 | | | | | | | | |
| 3 | PX401LOAN | | | | | | | | |
| 4 | CASH TIPS | | | | | | | | |
| 5 | ADV/LOAN | | | | | | | | |
| 6 | HEALTH DED | | | | | | | | |
| 7 | PPO/HEALTH | | | | | | | | |
| 8 | HMO/HEALTH | | | | | | | | |
| 9 | CHILD SPT | | | | | | | | |
| 10 | DEDUCTIONS | | | | | | | | |

CONFIDENTIAL
D02737

40/40 NYC PAGE: 1
REPORT DATE: 07/17/2007 REPORT TIME: 23:25:32.87

Payroll Report for the period from Mon May 8, 2006 to Sun May 14, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 50.40 | | REG | 16.0000 | 3.850 | 61.60 |
| | | | | | | OTD | 6.6667 | 0.000 | 0.00 |

Total: 16.0000 regular hours ( 61.60)and 6.6667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 61.60

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Sat. | 5/13 | 3.850* | | 6:24p | 5:39a | 11.25 |
| | | Sun. | 5/14 | 3.850* | | 5:54p | 5:19a | 11.42 |

***Total wages for selected employees: 61.60

POSitouch

CONFIDENTIAL
D02738

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:26:19.82

Payroll Report for the period from Mon May 15, 2006 to Sun May 21, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 388.00 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 13.9167 | 0.000 | 0.00 |
| | | | | | | OTW | 1.6333 | 3.850 | 6.29 |

Total: 40.0000 regular hours ( 154.00)and 15.5500 overtime hours( 6.29) and 0.0000 other hoursTotal Amt 160.29

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 5/15 | 3.850 | | 4:54p | 6:32p | 1.63 |
| | | Tue. | 5/16 | 3.850* | | 5:51p | 4:10a | 10.32 |
| | | Wed. | 5/17 | 3.850* | | 2:54p | 12:09a | 9.25 |
| | | Fri. | 5/19 | 3.850* | | 5:44p | 5:46a | 12.03 |
| | | Sat. | 5/20 | 3.850* | | 6:55p | 5:54a | 10.98 |
| | | Sun. | 5/21 | 3.850* | | 3:03p | 2:23a | 11.33 |

***Total wages for selected employees: 160.29



CONFIDENTIAL
D02739

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:27:35.70

Payroll Report for the day Mon May 22, 2006

REG regular OTW ovt-week OTD ovt-day MSC mi.c pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | | | REG | 1.8667 | 3.850 | 7.19 |

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 5/22 | 3.850 | | 4:52p | 6:44p | 1.87 |

***Total wages for selected employees: 7.19

POSitouch

CONFIDENTIAL
D02740

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:28:11.59

Payroll Report for the period from Mon May 29, 2006 to Sun Jun 4, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 162.64 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 7.3167 | 0.000 | 0.00 |

Total: 40.0000 regular hours ( 154.00)and 7.3167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 154.00

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Tue. | 5/30 | 3.850* | | 4:56p | 3:07a | 10.18 |
| | | Wed. | 5/31 | 3.850* | | 5:55p | 3:21a | 9.43 |
| | | Thu. | 6/1 | 3.850* | | 5:58p | 2:55a | 8.95 |
| | | Fri. | 6/2 | 3.850* | | 8:00p | 5:04a | 9.07 |
| | | Sat. | 6/3 | 3.850* | | 7:59p | 5:40a | 9.68 |

***Total wages for selected employees: 154.00

POSitouch

CONFIDENTIAL
D02741

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:29:27.78

Payroll Report for the period from Mon Jun 5, 2006 to Sun Jun 11, 2006

REG regular OTW ovt-week OTD ovt-day MSC mis pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 41.70 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 12.7667 | 0.000 | 0.00 |

Total: 40.0000 regular hours ( 154.00)and 12.7667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 154.00

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 6/5 | 3.850* | | 6:19p | 2:30a | 8.18 |
| | | Thu. | 6/8 | 3.850* | | 5:51p | 2:01a | 8.17 |
| | | Fri. | 6/9 | 3.850* | | 8:00p | 6:45a | 10.75 |
| | | Sat. | 6/10 | 3.850* | | 6:56p | 6:14a | 11.30 |
| | | Sun. | 6/11 | 3.850* | | 11:58a | 2:20a | 14.37 |

***Total wages for selected employees: 154.00



CONFIDENTIAL
D01816

40/40 NYC PAGE: 1
REPORT DATE: 07/17/2007 REPORT TIME: 23:30:06.34

Payroll Report for the period from Mon Jun 12, 2006 to Sun Jun 18, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 396.50 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 11.8333 | 0.000 | 0.00 |

Total: 40.0000 regular hours ( 154.00)and 11.8333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 154.00

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Tue. | 6/13 | 3.850* | | 6:03p | 3:08a | 9.08 |
| | | Thu. | 6/15 | 3.850* | | 5:07p | 3:42a | 10.58 |
| | | Fri. | 6/16 | 3.850* | | 7:11p | 5:28a | 10.28 |
| | | Sat. | 6/17 | 3.850* | | 5:59p | 5:44a | 11.75 |
| | | Sun. | 6/18 | 3.850* | | 4:57p | 3:05a | 10.13 |

***Total wages for selected employees: 154.00

POSitouch

CONFIDENTIAL
D01817

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:30:39.90

Payroll Report for the period from Mon Jun 19, 2006 to Sun Jun 25, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 384.00 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 13.2167 | 0.000 | 0.00 |
| | | | | | | OTW | 7.1500 | 3.850 | 27.53 |

Total: 40.0000 regular hours ( 154.00)and 20.3667 overtime hours( 27.53) and 0.0000 other hoursTotal Amt 181.53

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 6/19 | 3.850* | | 6:48p | 4:24a | 9.60 |
| | | Tue. | 6/20 | 3.850 | | 5:46p | 12:55a | 7.15 |
| | | Thu. | 6/22 | 3.850* | | 5:06p | 4:29a | 11.38 |
| | | Fri. | 6/23 | 3.850* | | 8:05p | 5:19a | 9.23 |
| | | Sat. | 6/24 | 3.850* | | 7:01p | 5:26a | 10.42 |
| | | Sun. | 6/25 | 3.850* | | 3:01p | 3:36a | 12.58 |

***Total wages for selected employees: 181.53

POSitouch

CONFIDENTIAL
D01818

40/40 NYC PAGE: 1
REPORT DATE: 07/17/2007 REPORT TIME: 23:31:21.00

Payroll Report for the period from Mon Jun 26, 2006 to Sun Jul 2, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 139.39 | | REG | 40.0000 | 3.850 | 154.00 |
| | | | | | | OTD | 15.6833 | 0.000 | 0.00 |
| | | | | | | OTW | 6.1667 | 3.850 | 23.74 |

Total: 40.0000 regular hours ( 154.00)and 21.8500 overtime hours( 23.74) and 0.0000 other hoursTotal Amt 177.74

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 6/26 | 3.850* | | 3:13p | 6:45a | 15.53 |
| | | Tue. | 6/27 | 3.850 | | 5:46p | 11:56p | 6.17 |
| | | Wed. | 6/28 | 3.850* | | 6:54p | 5:12a | 10.30 |
| | | Fri. | 6/30 | 3.850* | | 7:47p | 5:00a | 9.22 |
| | | Sat. | 7/1 | 3.850* | | 6:24p | 5:16a | 10.87 |
| | | Sun. | 7/2 | 3.850* | | 7:00p | 4:46a | 9.77 |

***Total wages for selected employees: 177.74



CONFIDENTIAL
D01821

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:31:55.59

Payroll Report for the period from Mon Jul 3, 2006 to Sun Jul 9, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 149.00 | | REG | 39.6167 | 3.850 | 152.52 |
| | | | | | | OTD | 8.2000 | 0.000 | 0.00 |

Total: 39.6167 regular hours ( 152.52)and 8.2000 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 152.52

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Mon. | 7/3 | 3.850* | | 7:05p | 4:56a | 9.85 |
| | | Tue. | 7/4 | 3.850* | | 5:55p | 3:23a | 9.47 |
| | | Fri. | 7/7 | 3.850* | | 7:01p | 6:45a | 11.73 |
| | | Sat. | 7/8 | 3.850* | | 8:07p | 5:16a | 9.15 |
| | | Sun. | 7/9 | 3.850 | | 6:06p | 1:43a | 7.62 |

***Total wages for selected employees: 152.52



CONFIDENTIAL
D01822

40/40 NYC PAGE: 1

REPORT DATE: 07/17/2007 REPORT TIME: 23:32:58.20

Payroll Report for the period from Mon Jul 10, 2006 to Sun Jul 16, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 86.00 | | REG | 33.7333 | 3.850 | 129.87 |
| | | | | | | OTD | 3.4167 | 0.000 | 0.00 |

Total: 33.7333 regular hours ( 129.87)and 3.4167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 129.87

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Tue. | 7/11 | 3.850 | | 6:56p | 8:48p | 1.87 |
| | | Wed. | 7/12 | 3.850* | | 5:16p | 2:10a | 8.90 |
| | | Thu. | 7/13 | 3.850 | | 6:56p | 2:48a | 7.87 |
| | | Fri. | 7/14 | 3.850* | | 7:12p | 5:19a | 10.12 |
| | | Sat. | 7/15 | 3.850* | | 9:16p | 5:40a | 8.40 |

***Total wages for selected employees: 129.87

POSitouch

CONFIDENTIAL
D01823

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:34:18.25

Payroll Report for th period from Mon Jul 24, 2006 to Sun Jul 30, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 81.00 | | REG | 24.0000 | 3.850 | 92.40 |
| | | | | | | OTD | 4.5167 | 0.000 | 0.00 |

Total: 24.0000 regular hours ( 92.40)and 4.5167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 92.40

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Tue. | 7/25 | 3.850* | | 5:02p | 2:22a | 9.33 |
| | | Sat. | 7/29 | 3.850* | | 6:58p | 6:00a | 11.03 |
| | | Sun. | 7/30 | 3.850 | | 6:06p | 8:28p | 2.37 |
| | | | | 3.850* | | 9:26p | 3:13a | 5.78 |

***Total wages for selected employees: 92.40

POSitouch

CONFIDENTIAL
D01824

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:34:38.45

Payroll Report for the period from Mon Jul 31, 2006 to Mon Aug 7, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 54.00 | | REG | 23.0167 | 3.850 | 88.61 |
| | | | | | | OTD | 4.4333 | 0.000 | 0.00 |

Total: 23.0167 regular hours ( 88.61)and 4.4333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 88.61

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Thu. | 8/3 | 3.850 | | 6:04p | 7:05p | 1.02 |
| | | Fri. | 8/4 | 3.850 | | 7:57p | 1:57a | 6.00 |
| | | Sat. | 8/5 | 3.850* | | 5:51p | 5:53a | 12.03 |
| | | Sun. | 8/6 | 3.850* | | 7:00p | 3:24a | 8.40 |

***Total wages for selected employees: 88.61

POSitouch

CONFIDENTIAL
D01825

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:34:58.51

Payroll Report for the period from Tue Aug 8, 2006 to Mon Aug 14, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FRONT OF HOUSE | SERVER | 146.00 | | REG | 29.6667 | 3.850 | 114.22 |
| | | | | | | OTD | 11.7333 | 0.000 | 0.00 |

Total: 29.6667 regular hours ( 114.22)and 11.7333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 114.22

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Thu. | 8/10 | 3.850 | | 5:26p | 11:06p | 5.67 |
| | | Fri. | 8/11 | 3.850* | | 5:43p | 5:11a | 11.47 |
| | | Sat. | 8/12 | 3.850* | | 7:21p | 5:49a | 10.47 |
| | | Sun. | 8/13 | 3.850* | | 4:57p | 6:45a | 13.80 |
| | | Mon. | 8/14 | 3.850 | | 6:45a | 6:45a | 0.00 |

***Total wages for selected employees: 114.22

POSitouch

CONFIDENTIAL
D01826

40/40 NYC
REPORT DATE: 07/17/2007

PAGE: 1
REPORT TIME: 23:35:13.45

Payroll Report for the period from Tue Aug 15, 2006 to Mon Aug 21, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| GILLETTE, ANITA | 0778 | | | | | | | | |
| End Date: 08/19/06 | 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 | FR( NT OF HOUSE | SERVER | 132.00 | | REG | 24.0000 | 3.850 | 92.40 |
| | | | | | | OTD | 5.7167 | 0.000 | 0.00 |

Total: 24.0000 regular hours ( 92.40)and 5.7167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 92.40

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Tue. | 8/15 | 3.850 | | 6:45a | 6:45a | 0.00 |
| | | Wed. | 8/16 | 3.850 | | 6:45a | 6:45a | 0.00 |
| | | Thu. | 8/17 | 3.850* | | 6:28p | 3:10a | 8.70 |
| | | Fri. | 8/18 | 3.850* | | 8:00p | 5:29a | 9.48 |
| | | Sat. | 8/19 | 3.850* | | 5:59p | 5:31a | 11.53 |

***Total wages for selected employees: 92.40

POSitouch