CONFIDENTIAL
D06266

CONFIDENTIAL
D05527

Pos itouch

40/40 NYC
REPORT DATE: 05/29/2007                                                                                    REPORT TIME: 18:14:34.09                    PAGE: 1

Payroll Report for the period from Sat Jan 1, 2005 to Mon Jan 31, 2005

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay

| MASOTTA, ALEX | 0395 | Department | Job | Tips | Pool Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | 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 | FRONT OF HOUSE | SERVER | | REG | 65.6000 | 3.300 | 216.49 |
| | | | | | OTD | 8.2167 | 0.000 | 0.00 |

Total : 65.6000 regular hours ( 216.49) and 8.2167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  216.49

+-------Department-------Job-------------Day----Date----Rate----Type-----In-----Out----Hrs--+
| FRONT OF HOUSE SERVER                Mon. 1/17  3.300           7:02a 11:14p  4.20 |
|                                      Wed. 1/19  3.300           7:01a  1:15a  6.23 |
|                                      Fri. 1/21  3.300           9:22a  4:50a  7.47 |
|                                      Sun. 1/23  3.300           5:39p  9:37p  3.97 |
|                                      Mon. 1/24  3.300*          5:16p  1:42a  8.43 |
|                                      Tue. 1/25  3.300           6:14p 12:04a  5.83 |
|                                      Fri. 1/28  3.300*          5:11p  7:41p  9.50 |   44.99
|                                      Sat. 1/29  3.300*          2:44p  5:01a 14.28 |
|                                      Sun. 1/30  3.300           6:06p 12:51a  6.75 |
|                                      Mon. 1/31  3.300           5:57p  1:06a  7.15 |
+-------------------------------------------------------------------------------------+

***Total wages for selected employees:    216.49



CONFIDENTIAL
D05536

```
40/40 NYC                                                                                          PAGE: 1
REPORT DATE: 05/29/2007                                           REPORT TIME: 18:15:15.68
---------------------------------------------------------------------------------------------------
                 Payroll Report for the period from Tue Feb 1, 2005 to Mon Feb 28, 2005

REG regular    OTW ovt-week    OTD ovt-day    MSC misc pay    SAL salary    ADJ adjustment    DEL deleted punch    * Rate changed in punch
Types of punches not included in regular or overtime calculation:    PADJ prev.period adjustments    HOL holidays    SHDF shift diff.pay
---------------------------------------------------------------------------------------------------
MASOTTA, ALEX            0395            Department            Job                      Tips   Pool Type Hours    Rate     Total
                         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     FRONT OF HOUSE SERVER                                REG  109.9000       3.300    362.67
                                                                                              OTD   10.0667       0.000      0.00
Total: 109.9000 regular hours ( 362.67 )and 10.0667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt  362.67
+-Department------Job------------Day---Date---Rate--Type----In-----Out----Hrs-+
| FRONT OF HOUSE SERVER          Wed. 2/2   3.300           7:22p  2:01a 6.65 |
|                                Fri. 2/4   3.300*          8:14p  4:48a 8.57 |
|                                Sat. 2/5   3.300           6:58p  5:03a 10.08|
|                                Sun. 2/6   3.300           5:07p 12:24a 7.28 |
|                                Wed. 2/9   3.300*          6:25p  3:19a 8.45 |
|                                Thu. 2/10  3.300           6:00p  9:46a 3.77 |
|                                Fri. 2/11  3.300*          7:52p  4:48a 8.93 |
|                                Sat. 2/12  3.300*          8:03p  4:48a 8.75 |
|                                Sun. 2/13  3.300           7:09p 12:17a 5.13 |
|                                Mon. 2/14  3.300           5:25p 11:12p 5.78 |
|                                Wed. 2/16  3.300           6:07p 11:22p 5.25 |
|                                Fri. 2/18  3.300*          7:59p  4:33a 8.57 |
|                                Tue. 2/22  3.300           6:30p  7:47p 1.28 |
|                                Thu. 2/24  3.300           7:03p 11:28p 4.42 |
|                                Fri. 2/25  3.300*          6:35p  5:09a 10.57|
|                                Sat. 2/26  3.300*          6:58p  5:07a 10.15|
|                                Sun. 2/27  3.300           6:45p  1:14a 6.33 |
+-----------------------------------------------------------------------------+
                                                 ***Total wages for selected employees:    362.67
```

Positouch

CONFIDENTIAL
D05543

Payroll Report for the period from Tue Mar 1, 2005 to Thu Mar 31, 2005

REG regular  OTW ovt-week  OTD ovt-day  MSC misc pay  SAL salary  ADJ adjustment  DEL deleted punch  * Rate changed in punch
Types of punches not included in regular or overtime calculation:  PAD prev.period adjustment  HOL holidays  SHDF shift diff.pay

| Name | Department | Job | Tips | Pool Type Hours | Rate | Total |
|---|---|---|---|---|---|---|
| MASOTTA, ALEX 0395 | | FRONT OF HOUSE SERVER | 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 | REG 160.4833 | 3.300 | 529.60 |
| | | | | OTD 45.3333 | 0.000 | 0.00 |

Total: 160.4833 regular hours ( 529.60 )and 45.3333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 529.60

| Department | Job | Day | Date | Type | Rate | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE SERVER | | Wed. | 3/2 | 3.300* | | 4:43p | 1:08a | 8.42 |
| | | Thu. | 3/3 | 3.300* | | 5:58p | 2:01a | 8.05 |
| | | Fri. | 3/4 | 3.300* | | 6:24p | 4:41a | 10.28 |
| | | Sat. | 3/5 | 3.300* | | 8:49p | 5:00a | 8.18 |
| | | Sun. | 3/6 | 3.300* | | 6:47p | 2:50a | 8.05 |
| | | Tue. | 3/8 | 3.300 | | 7:41p | 12:26a | 4.75 |
| | | Thu. | 3/10 | 3.300* | | 5:46p | 2:24a | 8.63 |
| | | Fri. | 3/11 | 3.300* | | 6:55p | 4:52a | 9.95 |
| | | Sat. | 3/12 | 3.300* | | 4:03p | 5:19a | 13.27 |
| | | Mon. | 3/14 | 3.300 | | 6:51p | 1:43a | 6.87 |
| | | Wed. | 3/16 | 3.300 | | 5:01p | 12:49a | 7.80 |
| | | Thu. | 3/17 | 3.300 | | 12:00p | 3:50p | 3.68 |
| | | | | 3.300* | | 3:51p | 4:09a | 12.30 |
| | | Fri. | 3/18 | 3.300* | | 3:39p | 4:50a | 13.18 |
| | | Sat. | 3/19 | 3.300* | | 11:28p | 4:45a | 17.28 |
| | | Mon. | 3/21 | 3.300* | | 5:46p | 1:58a | 8.20 |
| | | Wed. | 3/23 | 3.300* | | 4:14p | 2:45a | 10.52 |
| | | Thu. | 3/24 | 3.300* | | 5:44p | 2:07a | 8.38 |
| | | Sat. | 3/26 | 3.300* | | 3:33p | 5:05a | 13.53 |
| | | Tue. | 3/29 | 3.300* | | 4:34p | 2:53a | 10.32 |
| | | Wed. | 3/30 | 3.300 | | 7:51p | 12:55a | 5.07 |
| | | Thu. | 3/31 | 3.300* | | 4:25p | 1:58a | 9.10 |

***Total wages for selected employees:              529.60



Doc 43

40/40 NYC
REPORT DATE: 05/29/2007

PAGE: 1
REPORT TIME: 18:17:16.34

Payroll Report for the period from Fri Apr 1, 2005 to Sat Apr 30, 2005

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| MASOTTA, ALEX | 0395 | | | | | | | | |
| | 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 | FRONT OF HOUSE | SERVER | | | REG | 26.1500 | 3.300 | 86.30 |
| | | | | | | OTD | 8.0500 | 0.000 | 0.00 |
| | | | | | | OTW | 5.0667 | 3.300 | 16.72 |

Total: 26.1500 regular hours ( 86.30)and 13.1167 overtime hours( 16.72) and 0.0000 other hoursTotal Amt 103.02

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | SERVER | Fri. | 4/1 | 3.300* | | 7:26p | 4:55a | 9.48 |
| | | Sat. | 4/2 | 3.300* | | 4:55p | 5:12a | 12.28 |
| | | Sun. | 4/3 | 3.300* | | 4:10p | 2:27a | 10.28 |
| | | Mon. | 4/4 | 3.300 | | 6:31p | 1:44a | 7.22 |

56.53

***Total wages for selected employees: 103.02

POSitouch

CONFIDENTIAL
D05554