Jun-05-2007 11:45 PM PAYCHEX, INC. 1

4/7



CONFIDENTIAL
D04592

CONFIDENTIAL D04683

POS itouch

```
JAN 40/40
REPORT DATE: 06/04/2007                                                              PAGE:  1
REPORT TIME: 22:38:02.43
-----------------------------------------------------------------------------------------------
                       Payroll Report for the period from Wed Feb 1, 2006 to Tue Feb 28, 2006

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev. period adjustment   HOL holidays   HOL vacations   SHDF shift diff. pay
-----------------------------------------------------------------------------------------------
0719      POWNALL, CHRISTOPHER         Department                   Job            Tips  Pool Type Hours     Rate    Total
End Date: 03/27/06      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    FRONT OF HOUSE BARTENDER     661.00                    REG  83.5167   3.850   321.53
                                                                                             OTD   0.0000   3.850     0.00
Total: 83.5167 regular hours ( 321.53)and 9.7667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 321.53
+-Department-----Job-----------Day---Date--Rate---Type----In----Out---Hrs-+
| FRONT OF HOUSE BARTENDER                                                |
|                          Sat.  2/4  3.850         11:33a  7:20p  7.78   |
|                          Sun.  2/5  3.850*        11:34a 10:46p 11.13   |
|                          Mon.  2/6  3.850          6:25p 11:04p  4.65   |
|                          Fri.  2/10 3.850         10:40p  5:17a  6.62   |
|                          Sat.  2/11 3.850*         3:46p  1:35a  9.82   |
|                          Sun.  2/12 3.850         11:56a  4:05p  4.15   |
|                          Thu.  2/16 3.850          6:40p 11:56p  5.23   |
|                          Fri.  2/17 3.850          9:44p  5:13a  7.32   |
|                          Sat.  2/18 3.850          5:33p  7:31a  7.97   |
|                          Sun.  2/19 3.850*         5:46p  5:53a 11.17   |
|                          Mon.  2/22 3.850*         4:02p  8:28a  8.28   |
+------------------------------------------------------------------------+

                                               ***Total wages for selected employees:   321.53
```

Payroll Report for the period from Wed Mar 1, 2006 to Fri Mar 31, 2006

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| POWNALL, CHRISTOPHER | 0719 | | | | | | | | |
| End Date: 03/27/06 | 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 | FRONT OF HOUSE | BARTENDER | 500.20 | | REG | 77.9167 | 3.850 | 299.98 |
| | | | | | | OTD | 20.4333 | 0.000 | 0.00 |

Total: 77.9167 regular hours ( 299.98)and 20.4333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 299.98

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Sat. | 3/4 | 3.850* | | 7:50p | 5:32a | 9.70 |
| | | Mon. | 3/6 | 3.850* | | 4:44p | 1:13a | 8.48 |
| | | Fri. | 3/10 | 3.850* | | 10:39p | 6:45a | 8.10 |
| | | Sat. | 3/11 | 3.850 | | 10:40p | 5:26a | 6.77 |
| | | Wed. | 3/15 | 3.850* | | 4:32p | 2:25a | 9.88 |
| | | Fri. | 3/17 | 3.850* | | 6:39p | 6:45a | 12.10 |
| | | Sat. | 3/18 | 3.850* | | 11:36a | 5:32a | 17.93 |
| | | Mon. | 3/20 | 3.850* | | 4:38p | 1:46a | 9.13 |
| | | Fri. | 3/24 | 3.850 | | 9:47p | 4:56a | 7.15 |
| | | Sat. | 3/25 | 3.850* | | 9:39p | 6:45a | 9.10 |
| | | Sun. | 3/26 | 3.850 | | 6:45a | 6:45a | 0.00 |
| | | Mon. | 3/27 | 3.850 | | 6:45a | 6:45a | 0.00 |

***Total wages for selected employees: 299.98

POSitouch

CONFIDENTIAL
D04584