9/20

13-Jul-2007 11:43 AM PAYCHEX 7329268308

PAYROLLS BY PAYCHEX.

0020-Y156. TWENTY ONES INCORPORATED

EMPLOYEE EARNINGS RECORD

FOR CHECKS DATED THROUGH 06/30/07

06/30/07

| PER. END DATE | PAY RATE | C O | HOURS REG. | HOURS O.T. | EARNINGS REG. | EARNINGS O.T. | BONUS | PARTY CHK | TOTAL EARNINGS | SS MED. | TAXES FEDERAL | STATE | LOCAL | DBL | 1 PX401 EEPRE | 2 PX401 | 3 PX401 LOAN | 4 CASH TIPS | 5 ADV/LOAN | 6 HEALTH DED | 7 PPO/HEALTH | 8 HMO/HEALTH | 9 CHILD SPT | 10 DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | OTHER COMP | | OTHER COMP | | | | | | | |
| [illegible] | [illegible] | | [illegible] | 200 | [illegible] | 1380 | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | | | | | | | [illegible] |
| 603 | 4500 | | 3158 | | 14673 | | | | 14673 | 6119 | 7615 | | 1776 | 60 | | | | 52252 | | | | | | | |
| | QTD | | 18115 | 200 | 83330 | 1380 | | | 84710 | SS 22023 MED 5150 | 30720 | 2407 | 8530 | 420 | | | | 270504 | | | | | | | 15454 |
| | YTD | | 18115 | 200 | 83330 | 1380 | | | 84710 | SS 22023 MED 5150 | 30720 | 2407 | 8530 | 420 | | | | 270504 | | | | | | | 15454 |

| EMPL | TERM | DEPT | SOCIAL SECURITY NO. | SALARY | RATE | BIRTH DATE |
|---|---|---|---|---|---|---|
| 000676 | 06/20 | 000400 | 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 | | 4.600 | |

111.5 S 0 0

START DATE: 11/01/06

PREVIOUS SALARY

LAST PAY DATE: 06/06/07

LAST REVIEW

RAZ, THERESE
174 ... AVE
STATEN ISLAND, NY 10314
Y156

ADJUSTMENTS:

| NO | ADJ. NAME |
|---|---|
| 1 | PX401EEPRE |
| 2 | PX401 |
| 3 | PX401LOAN |
| 4 | CASH TIPS |
| 5 | ADV/LOAN |
| 6 | HEALTH DED |
| 7 | PPO/HEALTH |
| 8 | HMO/HEALTH |
| 9 | CHILD SPT |
| 10 | DEDUCTIONS |

CONFIDENTIAL
D04653

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 20:38:51.78

Payroll Report for the period from Mon Jan 1, 2007 to Sun Jan 7, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 | | | | | | | | |
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | 273.00 | | REG | 30.8667 | 4.130 | 127.48 |
| | | | | | | OTD | 1.8167 | 0.000 | 0.00 |

Total: 30.8667 regular hours ( 127.48)and 1.8167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 127.48

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Mon. | 1/1 | 4.130* | | 4:52p | 1:27a | 8.58 |
| | | Thu. | 1/4 | 4.130 | | 6:47p | 2:17a | 7.50 |
| | | Fri. | 1/5 | 4.130* | | 7:54p | 5:08a | 9.23 |
| | | Sat. | 1/6 | 4.130 | | 9:54p | 5:16a | 7.37 |

***Total wages for selected employees: 127.48

CONFIDENTIAL
D04646

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 20:39:24.71

Payroll Report for the period from Mon Jan 8, 2007 to Sun Jan 14, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 | | | | | | | | |
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | | | REG | 8.0000 | 4.130 | 33.04 |
| | | | | | | OTD | 3.9167 | 0.000 | 0.00 |

Total: 8.0000 regular hours ( 33.04)and 3.9167 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 33.04

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Thu. | 1/11 | 4.130* | | 6:50p | 6:45a | 11.92 |

***Total wages for selected employees: 33.04

POSitouch

CONFIDENTIAL
D04647

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 20:40:47.70

Payroll Report for the period from Mon Jan 22, 2007 to Sun Jan 28, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 | | | | | | | | |
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | | | REG | 31.3833 | 4.130 | 129.61 |
| | | | | | | OTD | 5.9333 | 0.000 | 0.00 |

Total: 31.3833 regular hours ( 129.61)and 5.9333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 129.61

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Wed. | 1/24 | 4.130* | | 7:39p | 4:38a | 8.98 |
| | | Thu. | 1/25 | 4.130* | | 6:45p | 6:45a | 12.00 |
| | | Fri. | 1/26 | 4.130 | | 11:37p | 2:16a | 2.65 |
| | | Sat. | 1/27 | 4.130* | | 9:48p | 6:45a | 8.95 |
| | | Sun. | 1/28 | 4.130 | | 4:34p | 9:18p | 4.73 |

***Total wages for selected employees: 129.61

40/40 NYC PAGE: 1
REPORT DATE: 06/14/2007 REPORT TIME: 20:41:46.59

Payroll Report for the period from Mon Jan 29, 2007 to Sun Feb 4, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 | | | | | | | | |
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | 160.00 | | REG | 36.5000 | 4.130 | 150.75 |
| | | | | | | OTD | 5.3500 | 0.000 | 0.00 |

Total: 36.5000 regular hours ( 150.75)and 5.3500 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 150.75

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Tue. | 1/30 | 4.130 | | 7:43p | 12:13a | 4.50 |
| | | Wed. | 1/31 | 4.130* | | 4:35p | 2:28a | 9.88 |
| | | Fri. | 2/2 | 4.130* | | 7:49p | 4:55a | 9.10 |
| | | Sat. | 2/3 | 4.130* | | 7:48p | 5:33a | 9.75 |
| | | Sun. | 2/4 | 4.130* | | 4:38p | 1:15a | 8.62 |

***Total wages for selected employees: 150.75

CONFIDENTIAL
D04650

40/40 NYC PAGE: 1
REPORT DATE: 06/14/2007 REPORT TIME: 20:42:28.21

Payroll Report for the period from Mon Feb 5, 2007 to Sun Feb 11, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| | | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| RAZ, THERESE M. | 0937 | | | | | | | | |
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | 250.00 | | REG | 18.3167 | 4.130 | 75.65 |
| | | | | | | OTD | 2.4667 | 0.000 | 0.00 |

Total: 18.3167 regular hours ( 75.65)and 2.4667 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 75.65

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Thu. | 2/8 | 4.130 | | 8:48p | 11:07p | 2.32 |
| | | Fri. | 2/9 | 4.130* | | 7:49p | 4:52a | 9.05 |
| | | Sat. | 2/10 | 4.130* | | 7:47p | 5:12a | 9.42 |

***Total wages for selected employees: 75.65

CONFIDENTIAL
D04651

40/40 NYC
REPORT DATE: 06/14/2007

PAGE: 1
REPORT TIME: 20:42:51.17

Payroll Report for the period from Mon Feb 12, 2007 to Sun Feb 18, 2007

REG regular OTW ovt-week OTD ovt-day MSC misc pay SAL salary ADJ adjustment DEL deleted punch * Rate changed in punch
Types of punches not included in regular or overtime calculation: PADJ prev.period adjustment HOL holidays SHDF shift diff.pay

| RAZ, THERESE M. | 0937 | Department | Job | Tips | Pool | Type | Hours | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| End Date: 02/18/07 | 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 | FRONT OF HOUSE | BARTENDER | 467.00 | | REG | 39.1000 | 4.130 | 161.48 |
| | | | | | | OTD | 6.0333 | 0.000 | 0.00 |

Total: 39.1000 regular hours ( 161.48)and 6.0333 overtime hours( 0.00) and 0.0000 other hoursTotal Amt 161.48

| Department | Job | Day | Date | Rate | Type | In | Out | Hrs |
|---|---|---|---|---|---|---|---|---|
| FRONT OF HOUSE | BARTENDER | Mon. | 2/12 | 4.130 | | 4:36p | 12:08a | 7.53 |
| | | Thu. | 2/15 | 4.130 | | 6:37p | 2:11a | 7.57 |
| | | Fri. | 2/16 | 4.130* | | 7:07p | 4:35a | 9.47 |
| | | Sat. | 2/17 | 4.130* | | 7:05p | 5:35a | 10.50 |
| | | Sun. | 2/18 | 4.130* | | 6:52p | 4:56a | 10.07 |

***Total wages for selected employees: 161.48

POSitouch