

CONFIDENTIAL D04699

```
40/40 NYC                                                                                    PAGE:   1
REPORT DATE: 06/14/2007                                                             REPORT TIME: 19:26:03.82
-------------------------------------------------------------------------------------------------
                    Payroll Report for the period from Mon Jan 29, 2007 to Sun Feb 4, 2007

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-------------------------------------------------------------------------------------------------
     SCHELHORN, JENNIFER         0103         Department       Job           Tips   Pool Type Hours      Rate           Total
                                           FRONT OF HOUSE   BARTENDER                    REG    2.5500
                                     +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                                     | FRONT OF HOUSE   BARTENDER      Fri.  2/2               7:26p  9:59p  2.55 |
                                     +------------------------------------------------------------------+
```

POSitouch

CONFIDENTIAL
D04670

**DURABLE GENERAL POWER OF ATTORNEY**

**NEW YORK STATUTORY SHORT FORM**

**THE POWERS YOU GRANT BELOW CONTINUE TO BE EFFECTIVE SHOULD YOU BECOME DISABLED OR INCOMPETENT**

Caution: This is an important document. It gives the person whom you designate (your "Agent") broad powers to handle your property during your lifetime, which may include powers to mortgage, sell, or otherwise dispose of any real or personal property without advance notice to you or approval by you. These powers will continue to exist even after you become disabled or incompetent. These powers are explained more fully in New York General Obligations Law, Article 5, Title 15, Sections 5-1502A through 5-1503, which expressly permit the use of any other or different form of power of attorney.

This document does not authorize anyone to make medical or other health care decisions. You may execute a health care proxy to do this.

If there is anything about this form that you do not understand, you should ask a lawyer to explain it to you.

THIS is intended to constitute a DURABLE GENERAL POWER OF ATTORNEY pursuant to Article 5, Title 15 of the New York General Obligations Law:

I, ......................................................... do hereby appoint:
(insert your name and address)

.........................................................................................................
(If one person is to be appointed agent, insert the name and address of your agent above)

.........................................................................................................
(If two or more persons are to be appointed agents by you, insert their name and addresses above)

my attorney(s)-in-fact TO ACT

(If more than one agent is designated, CHOOSE ONE of the following two choices by putting your initials in ONE of the blank spaces to the left of your choice:)

[ ]    Each agent may SEPARATELY act.
[ ]    All agents must act TOGETHER.

(If neither blank space is initialed, the agents will be required to act TOGETHER)

IN MY NAME, PLACE AND STEAD, in any way which I myself could do, if I were personally present, with respect to the following matters as each of them is defined in Title 15 of Article 5 of the New York General Obligations Law to the extent that I am permitted by law to act through an agent:

DIRECTIONS: Initial in the blank space to the left of your choice any one or more of the following lettered subdivisions as to which you WANT to give your agent authority. If the blank space to the left of any particular lettered subdivision is NOT initialed, NO

**AUTHORITY WILL BE GRANTED** for matters that are included in that subdivision. Alternatively, the letter corresponding to each power you wish to grant may be written or typed on the blank line in subdivision "(Q)", and you may then put your initials in the blank space to the left of subdivision "(Q)" in order to grant each of the powers so indicated.)

| | | | |
|---|---|---|---|
| [  ] | (A) real estate transactions; | [  ] | (K) records, reports and statements; |
| [  ] | (B) chattel and goods transactions; | [  ] | (L) retirement benefit transactions; |
| [  ] | (C) bond, share and commodity transactions; | [  ] | (M) making gifts to my spouse, children and more remote descendants, and parents, not to exceed in the aggregate $10,000 to each of such persons in any year; |
| [  ] | (D) banking transactions; | | |
| [  ] | (E) business operating transactions; | [  ] | (N) tax matters; |
| [  ] | (F) insurance transactions; | [  ] | (O) all other matters; |
| [  ] | (G) estate transactions; | [  ] | (P) full and unqualified authority to my attorney(s)-in-fact to delegate any or all of the foregoing powers to any person or persons whom my attorney(s)-in-fact shall select; |
| [  ] | (H) claims and litigation; | | |
| [  ] | (I) personal relationships and affairs; | | |
| [  ] | (J) benefits from military service; | [  ] | (Q) each of the above matters identified by the following letters: .................................... .................................... |

(*Special provisions and limitations may be included in the statutory short form durable power of attorney only if they conform to the requirements of §5-1503 of the New York General Obligations Law.*)

..........................................................................................................................
..........................................................................................................................
..........................................................................................................................

This Durable Power of Attorney shall not be affected by my subsequent disability or incompetence.

If every agent named above is unable, or unwilling to serve, I appoint ............................................................ (*insert name and address of successor*) to be my agent for all purposes hereunder.

To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such

2

**party having relied on the provisions of this instrument.**

**This Durable General Power of Attorney may be revoked by me at any time.**

**In Witness Whereof,** I have hereunto signed my name this ......... day of ............... 200.....

(YOU SIGN HERE:) →  _____
  (*Signature of Principal*)

**ACKNOWLEDGMENT**
(*for use within the State of New York*)

STATE OF NEW YORK, COUNTY OF                ss.:

On the          day of                  , in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared                         personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public: State of New York

**ACKNOWLEDGMENT**
(*for use outside the State of New York*)

STATE OF               , COUNTY OF                ss.:

On the          day of                  , in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared                         personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual made such appearance before the undersigned in                         (*Insert city or political subdivision and state or country or other place acknowledgment taken*).

_____
(*Signature and office of individual taking acknowledgment*)

1/1/2000

3

```
40/40 NYC
REPORT DATE: 06/14/2007                                                                            PAGE:   1
                                                                                          REPORT TIME: 19:26:34.59
-----------------------------------------------------------------------------------------------------------
                        Payroll Report for the period from Mon Feb 5, 2007 to Sun Feb 11, 2007

REG regular    OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
-----------------------------------------------------------------------------------------------------------
SCHELHORN, JENNIFER          0103          Department       Job             Tips    Pool  Type Hours     Rate        Total
                                           FRONT OF HOUSE   BARTENDER                     REG  21.1333
                                                                                          OTD  12.0333
            +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
            | FRONT OF HOUSE  BARTENDER     Mon.  2/5                    6:42p 11:50p  5.13 |
            |                               Sat.  2/10                   1:44p  6:45a 17.02 |
            |                               Sun.  2/11                   7:44p  6:45a 11.02 |
            +-----------------------------------------------------------------------+
```

POSitouch

CONFIDENTIAL
D04671

```
40/40 NYC                                                                                    PAGE:  1
REPORT DATE: 06/14/2007                                                           REPORT TIME: 19:27:28.96
------------------------------------------------------------------------------------------------------
                        Payroll Report for the period from Mon Feb 12, 2007 to Sun Feb 18, 2007

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
------------------------------------------------------------------------------------------------------
   SCHELHORN, JENNIFER        0103         Department      Job            Tips   Pool Type Hours       Rate           Total
                                           FRONT OF HOUSE  BARTENDER                  REG  24.0000
                                                                                      OTD   9.0667
                              +-Department------Job-----------Day---Date--Rate---Type-----In----Out---Hrs-+
                              | FRONT OF HOUSE  BARTENDER    Mon.  2/12            6:45a  6:45a  0.00 |
                              |                              Tue.  2/13            6:45a  6:45a  0.00 |
                              |                              Wed.  2/14            6:45a  6:45a  0.00 |
                              |                              Thu.  2/15            6:45a  6:45a  0.00 |
                              |                              Fri.  2/16            7:39p  6:45a 11.10 |
                              |                              Sat.  2/17            7:44p  6:45a 11.02 |
                              |                              Sun.  2/18            7:48p  6:45a 10.95 |
                              +-------------------------------------------------------------------------+
```

POSitouch

CONFIDENTIAL
D04672

```
40/40 NYC                                                                                          PAGE:  1
REPORT DATE: 06/14/2007                                                              REPORT TIME: 19:28:12.59
--------------------------------------------------------------------------------------------------------------
                        Payroll Report for the period from Mon Feb 19, 2007 to Sun Feb 25, 2007

REG regular   OTW ovt-week   OTD ovt-day   MSC misc pay   SAL salary   ADJ adjustment   DEL deleted punch   * Rate changed in punch
Types of punches not included in regular or overtime calculation:   PADJ prev.period adjustment   HOL holidays   SHDF shift diff.pay
--------------------------------------------------------------------------------------------------------------
    SCHELHORN, JENNIFER        0103        Department      Job            Tips   Pool Type Hours   Rate        Total
                                           FRONT OF HOUSE  BARTENDER      50.00       REG  5.4667
                                       +-Department------Job------------Day---Date--Rate---Type-----In----Out---Hrs-+
                                       | FRONT OF HOUSE  BARTENDER       Mon.  2/19                6:45a  6:45a  0.00 |
                                       |                                 Tue.  2/20                6:45a  6:45a  0.00 |
                                       |                                 Wed.  2/21                6:45a  6:45a  0.00 |
                                       |                                 Thu.  2/22                6:45a  6:45a  0.00 |
                                       |                                 Sat.  2/24                1:24a  1:24a  0.00 |
                                       |                                                          11:56p  5:24a  5.47 |
                                       +---------------------------------------------------------------------+
```

POSitouch

CONFIDENTIAL
D04673