```
40/40 NYC                                                                          PAGE:   1
REPORT DATE: 05/25/2007                                               REPORT TIME: 19:17:22.59
--------------------------------------------------------------------------------------------
              Time Report for the period from Thu Dec 1, 2005 to Tue Jan 31, 2006
Types: ADJB-backoffice adjustment, ADJF-front of the house adjustment, DEL-deleted punch, REJ-rejected punch
Day   Date  Employee                #   Type In   Out   Hours Job             Notes:
--------------------------------------------------------------------------------------------
Sun. 12/11  WILLIAMS, CELESTE       685     2:50p 6:45a 15.92 SERVER          'Off schedule'
Total Hours For The Day 12/11:                   15.92

Mon. 12/12                                  6:45a ------       SERVER          'Off schedule'
Fri. 12/16                                  5:52p 6:45a 12.88 SERVER          'Off schedule'
Total Hours For The Day 12/16:                   12.88

Sat. 12/17                                  6:45a 6:45a  0.00 SERVER          'Job was changed'
Sun. 12/18                                  6:45a 6:45a  0.00 SERVER          'Job was changed'
Mon. 12/19                                  6:45a 6:45a  0.00 SERVER          'Job was changed'
Tue. 12/20                                  6:45a ------       SERVER          'Job was changed'
Thu. 12/22                                  7:34p 6:45a 11.18 SERVER          'Off schedule'
Total Hours For The Day 12/22:                   11.18

Fri. 12/23                                  6:45a ------       SERVER          'Off schedule'
                                            8:49p 6:45a  9.93 SERVER
Total Hours For The Day 12/23:                    9.93

Sat. 12/24                                  6:45a 6:45a  0.00 SERVER          'Job was changed'
Sun. 12/25                                  6:45a ------       SERVER          'Job was changed'
Total Hours For The Period:                      49.92
```



CONFIDENTIAL
D04554

```
40/40 NYC                                                                    PAGE:   3
REPORT DATE: 05/25/2007                                       REPORT TIME: 23:05:20.32
--------------------------------------------------------------------------------------
                             MANAGER ACTIVITY REPORT for 12/01/05
   Time  Activity                      Chk  Tbl Activity Detail
--------------------------------------------------------------------------------------
01/14/2006
     06:45 Shutdown
01/15/2006
     06:45 Shutdown
01/16/2006
     06:45 Shutdown
01/17/2006
     02:34 Shutdown
     06:45 Shutdown
01/18/2006
     06:45 Shutdown
01/19/2006
     06:45 Shutdown
01/20/2006
     06:45 Shutdown
01/21/2006
     06:45 Shutdown
01/22/2006
     06:45 Shutdown
01/23/2006
     06:45 Shutdown
01/24/2006
     06:45 Shutdown
01/25/2006
     06:45 Shutdown
01/26/2006
     06:45 Shutdown
01/27/2006
     06:45 Shutdown
01/28/2006
     06:45 Shutdown
01/29/2006
     06:45 Shutdown
01/30/2006
     06:45 Shutdown
01/31/2006
     06:45 Shutdown
WILLIAMS, CELESTE          685
12/11/2005
     16:47 Gratuity/Service charge  Table:  20, Check:   134, GRAT 20   , Screen:   0
     17:52 Gratuity/Service charge  Table:  10, Check:   125, GRAT 20   , Screen:   0
     21:53 Gratuity/Service charge  Table:  10, Check:   227, GRAT 20   , Screen:   0
     22:09 Gratuity/Service charge  Table:  20, Check:   230, GRAT 20   , Screen:   0
     22:39 Gratuity/Service charge  Table:  40, Check:   235, GRAT 20   , Screen:   0
     22:49 Gratuity/Service charge  Table:  20, Check:   230, GRAT 20   , Screen:   0
     01:00 Out of stock  Inventory Number :    0
     01:01 Gratuity/Service charge  Table:  23, Check:   255, GRAT 20   , Screen:   0
```



CONFIDENTIAL
D04546

40/40 NYC
REPORT DATE: 05/25/2007

PAGE:   4
REPORT TIME: 23:05:20.57

--------------------------------------------------------------------------------

MANAGER ACTIVITY REPORT for 12/01/05

Time  Activity                          Chk  Tbl Activity Detail
--------------------------------------------------------------------------------

01:11 Gratuity/Service charge  Table:  20, Check:   247, GRAT 20   , Screen:   0
02:13  Check:  244 Table:  10 Server: 685 Total:   26.01
       Appended to: Check:   294 Table:   10 Server: 685 (Transfered or Combined Checks)
02:14 Gratuity/Service charge  Table:  10, Check:   294, GRAT 20   , Screen:   0
12/16/2005
17:55 Gratuity/Service charge  Table: 600, Check:   104, GRAT 20   , Screen:   0
18:35 Gratuity/Service charge  Table: 700, Check:   126, GRAT 20   , Screen:   0
23:03 Gratuity/Service charge  Table: 708, Check:   280, GRAT 20   , Screen:   0
00:26 Gratuity/Service charge  Table: 709, Check:   348, GRAT 20   , Screen:   0
00:56 Gratuity/Service charge  Table: 704, Check:   384, GRAT 20   , Screen:   0
00:56 Gratuity/Service charge  Table: 704, Check:   384, GRAT 20   , Screen:   0
01:09 Gratuity/Service charge  Table: 704, Check:   391, GRAT 20   , Screen:   0
01:33 Gratuity/Service charge  Table: 704, Check:   432, GRAT 20   , Screen:   0
01:55 Out of stock  Inventory Number :    0
01:56 Gratuity/Service charge  Table: 708, Check:   465, GRAT 20   , Screen:   0
01:57 Gratuity/Service charge  Table: 708, Check:   465, GRAT 20   , Screen:   0
02:08 Gratuity/Service charge  Table: 704, Check:   484, GRAT 20   , Screen:   0
02:24 Gratuity/Service charge  Table: 709, Check:   510, GRAT 20   , Screen:   0
03:09 Gratuity/Service charge  Table: 706, Check:   552, GRAT 20   , Screen:   0
03:14 Gratuity/Service charge  Table: 706, Check:   552, GRAT 20   , Screen:   0
03:42 Gratuity/Service charge  Table: 704, Check:   572, GRAT 20   , Screen:   0
03:45 Gratuity/Service charge  Table: 704, Check:   577, GRAT 20   , Screen:   0
03:49 Gratuity/Service charge  Table: 704, Check:   579, GRAT 20   , Screen:   0
12/17/2005
15:04 Gratuity/Service charge  Table:  25, Check:   108, GRAT 20   , Screen:   0
15:27 Gratuity/Service charge  Table:  20, Check:   106, GRAT 20   , Screen:   0
12/22/2005
20:58 Gratuity/Service charge  Table: 601, Check:   148, GRAT 20   , Screen:   0
22:17 Gratuity/Service charge  Table: 601, Check:   182, GRAT 20   , Screen:   0
22:53 Gratuity/Service charge  Table: 602, Check:   200, GRAT 20   , Screen:   0
23:13 Gratuity/Service charge  Table: 601, Check:   197, GRAT 20   , Screen:   0
00:54 Gratuity/Service charge  Table: 603, Check:   283, GRAT 20   , Screen:   0
01:08 Gratuity/Service charge  Table: 602, Check:   288, GRAT 20   , Screen:   0
01:18 Gratuity/Service charge  Table: 604, Check:   293, GRAT 20   , Screen:   0
02:33 Gratuity/Service charge  Table: 604, Check:   309, GRAT 20   , Screen:   0
03:06 Gratuity/Service charge  Table: 603, Check:   315, GRAT 20   , Screen:   0
03:29 Gratuity/Service charge  Table: 605, Check:   318, GRAT 20   , Screen:   0
12/23/2005
20:50 Gratuity/Service charge  Table: 601, Check:   142, GRAT 20   , Screen:   0
20:56 Gratuity/Service charge  Table: 602, Check:   144, GRAT 20   , Screen:   0
21:10 Gratuity/Service charge  Table: 603, Check:   146, GRAT 20   , Screen:   0
22:22 Gratuity/Service charge  Table: 603, Check:   167, GRAT 20   , Screen:   0
22:48 Gratuity/Service charge  Table: 604, Check:   181, GRAT 20   , Screen:   0
23:01 Gratuity/Service charge  Table: 605, Check:   189, GRAT 20   , Screen:   0
23:20 Gratuity/Service charge  Table: 606, Check:   200, GRAT 20   , Screen:   0
23:23 Gratuity/Service charge  Table: 607, Check:   202, GRAT 20   , Screen:   0
23:39 Gratuity/Service charge  Table: 606, Check:   225, GRAT 20   , Screen:   0



CONFIDENTIAL
D04547

```
40/40 NYC                                                              PAGE:   5
REPORT DATE: 05/25/2007                                    REPORT TIME: 23:05:20.57
--------------------------------------------------------------------------------
                              MANAGER ACTIVITY REPORT for 12/01/05
        Time  Activity                        Chk  Tbl  Activity Detail
--------------------------------------------------------------------------------
        00:09 Gratuity/Service charge  Table: 606, Check:    248, GRAT 20   , Screen:    0
        00:13 Gratuity/Service charge  Table: 607, Check:    253, GRAT 20   , Screen:    0
        01:07 Gratuity/Service charge  Table: 608, Check:    299, GRAT 20   , Screen:    0
        01:37 Gratuity/Service charge  Table: 609, Check:    327, GRAT 20   , Screen:    0
        02:01 Gratuity/Service charge  Table: 601, Check:    349, GRAT 20   , Screen:    0
        02:29 Gratuity/Service charge  Table: 603, Check:    382, GRAT 20   , Screen:    0
        03:28 Out of stock  Inventory Number :    0
        03:28 Gratuity/Service charge  Table: 604, Check:    427, GRAT 20   , Screen:    0
        03:47 Gratuity/Service charge  Table: 603, Check:    446, GRAT 20   , Screen:    0
        03:51 Gratuity/Service charge  Table: 602, Check:    399, GRAT 20   , Screen:    0
        04:51 Gratuity/Service charge  Table: 606, Check:    248, None      , Screen:    0
12/24/2005
        21:18 Gratuity/Service charge  Table: 601, Check:    143, GRAT 20   , Screen:    0
        21:37 Gratuity/Service charge  Table: 601, Check:    151, GRAT 20   , Screen:    0
        21:43 Gratuity/Service charge  Table: 602, Check:    153, GRAT 20   , Screen:    0
        23:17 Gratuity/Service charge  Table: 601, Check:    182, GRAT 20   , Screen:    0
        23:32 Gratuity/Service charge  Table: 602, Check:    186, GRAT 20   , Screen:    0
        00:06 Gratuity/Service charge  Table: 602, Check:    200, GRAT 20   , Screen:    0
        00:37 Gratuity/Service charge  Table: 602, Check:    219, GRAT 20   , Screen:    0
        00:37 Gratuity/Service charge  Table: 603, Check:    220, GRAT 20   , Screen:    0
        00:40 Gratuity/Service charge  Table: 604, Check:    222, GRAT 20   , Screen:    0
        00:51 Gratuity/Service charge  Table: 605, Check:    230, GRAT 20   , Screen:    0
        00:53 Gratuity/Service charge  Table: 606, Check:    234, GRAT 20   , Screen:    0
        01:29 Gratuity/Service charge  Table: 607, Check:    254, GRAT 20   , Screen:    0
        02:08 Gratuity/Service charge  Table: 607, Check:    254, None      , Screen:    0
        02:23 Gratuity/Service charge  Table: 609, Check:    295, GRAT 20   , Screen:    0
        02:46 Gratuity/Service charge  Table: 611, Check:    303, GRAT 20   , Screen:    0
        02:47 Gratuity/Service charge  Table: 601, Check:    311, GRAT 20   , Screen:    0
        02:57 Gratuity/Service charge  Table: 610, Check:    319, GRAT 20   , Screen:    0
        03:23 Gratuity/Service charge  Table: 612, Check:    335, GRAT 20   , Screen:    0
        03:33 Gratuity/Service charge  Table: 602, Check:    339, GRAT 20   , Screen:    0
        03:34 Gratuity/Service charge  Table: 603, Check:    340, GRAT 20   , Screen:    0
        04:37 Gratuity/Service charge  Table: 113, Check:    179, GRAT 20   , Screen:    0
        04:37 Gratuity/Service charge  Table: 113, Check:    179, None      , Screen:    0
12/25/2005
        12:39 Gratuity/Service charge  Table:  27, Check:    103, GRAT 20   , Screen:    0
        13:59 Gratuity/Service charge  Table:  40, Check:    107, GRAT 20   , Screen:    0
        14:51   Check:   107 Table:  40 Server: 685 Total:    50.94 To: Table:  22 Server: 685 (Changed User or Table)
        14:51 Gratuity/Service charge  Table:  40, Check:    113, GRAT 20   , Screen:    0
        16:02 Gratuity/Service charge  Table:   7, Check:    121, GRAT 20   , Screen:    0
        17:07 Gratuity/Service charge  Table:  20, Check:    122, GRAT 20   , Screen:    0
12/29/2005
        22:05 Gratuity/Service charge  Table: 503, Check:    196, GRAT 20   , Screen:    0
        22:31 Gratuity/Service charge  Table:  50, Check:    214, GRAT 20   , Screen:    0
        22:41 Gratuity/Service charge  Table:  50, Check:    222, GRAT 20   , Screen:    0
        23:36 Gratuity/Service charge  Table: 503, Check:    258, GRAT 20   , Screen:    0
        23:52 Gratuity/Service charge  Table:  48, Check:    271, GRAT 20   , Screen:    0
```



CONFIDENTIAL
D04548

```
40/40 NYC                                                                      PAGE:    6
REPORT DATE: 05/25/2007                                         REPORT TIME: 23:05:20.57
------------------------------------------------------------------------------------------
                               MANAGER ACTIVITY REPORT for 12/01/05
    Time  Activity                        Chk  Tbl Activity Detail
------------------------------------------------------------------------------------------
    00:25 Gratuity/Service charge  Table:  49, Check:   304, GRAT 20   , Screen:   0
    00:54 Gratuity/Service charge  Table:  49, Check:   332, GRAT 20   , Screen:   0
    00:55 Gratuity/Service charge  Table:  48, Check:   333, GRAT 20   , Screen:   0
    00:55 Gratuity/Service charge  Table:  47, Check:   334, GRAT 20   , Screen:   0
    01:30 Gratuity/Service charge  Table:  46, Check:   363, GRAT 20   , Screen:   0
    01:45 Gratuity/Service charge  Table:  48, Check:   370, GRAT 20   , Screen:   0
    01:56 Gratuity/Service charge  Table:  48, Check:   379, GRAT 20   , Screen:   0
    02:15 Gratuity/Service charge  Table:  48, Check:   391, GRAT 20   , Screen:   0
    02:29 Gratuity/Service charge  Table:  48, Check:   400, GRAT 20   , Screen:   0
    02:34 Gratuity/Service charge  Table:  48, Check:   401, GRAT 20   , Screen:   0
    02:44 Gratuity/Service charge  Table:  48, Check:   406, GRAT 20   , Screen:   0
    02:51 Gratuity/Service charge  Table:  48, Check:   407, GRAT 20   , Screen:   0
    02:56 Gratuity/Service charge  Table:  48, Check:   412, GRAT 20   , Screen:   0
    03:04 Gratuity/Service charge  Table:  48, Check:   417, GRAT 20   , Screen:   0
    03:24 Gratuity/Service charge  Table:  48, Check:   428, GRAT 20   , Screen:   0
12/30/2005
    00:26 Gratuity/Service charge  Table:  35, Check:   294, GRAT 20   , Screen:   0
    00:41 Gratuity/Service charge  Table:  35, Check:   315, GRAT 20   , Screen:   0
    00:44 Out of stock  Inventory Number :    0
    00:45 Gratuity/Service charge  Table:  35, Check:   320, GRAT 20   , Screen:   0
    00:56 Gratuity/Service charge  Table:  35, Check:   329, GRAT 20   , Screen:   0
    01:00 Gratuity/Service charge  Table:  35, Check:   332, GRAT 20   , Screen:   0
    01:38 Gratuity/Service charge  Table:  35, Check:   396, GRAT 20   , Screen:   0
    01:43 Gratuity/Service charge  Table:  35, Check:   404, GRAT 20   , Screen:   0
    03:32 Gratuity/Service charge  Table:  35, Check:   563, GRAT 20   , Screen:   0
12/31/2005
    20:47 Gratuity/Service charge  Table:   4, Check:   115, GRAT 20   , Screen:   0
    20:49 Gratuity/Service charge  Table:   3, Check:   118, GRAT 20   , Screen:   0
    21:03 Gratuity/Service charge  Table:   2, Check:   125, GRAT 20   , Screen:   0
    21:31 Gratuity/Service charge  Table:   5, Check:   139, GRAT 20   , Screen:   0
    21:45 Gratuity/Service charge  Table:   1, Check:   143, GRAT 20   , Screen:   0
    22:21 Gratuity/Service charge  Table:   2, Check:   170, GRAT 20   , Screen:   0
    22:31 Gratuity/Service charge  Table:   1, Check:   183, GRAT 20   , Screen:   0
    22:37 Out of stock  Inventory Number :    0
    22:37 Gratuity/Service charge  Table:   1, Check:   191, GRAT 20   , Screen:   0
    22:45 Gratuity/Service charge  Table:   1, Check:   199, GRAT 20   , Screen:   0
    22:54 Gratuity/Service charge  Table:   1, Check:   214, GRAT 20   , Screen:   0
    23:09 Gratuity/Service charge  Table:   1, Check:   228, GRAT 20   , Screen:   0
    23:13 Gratuity/Service charge  Table:   1, Check:   232, GRAT 20   , Screen:   0
    23:17 Gratuity/Service charge  Table:   1, Check:   238, GRAT 20   , Screen:   0
    23:25 Gratuity/Service charge  Table:   1, Check:   245, GRAT 20   , Screen:   0
    23:39 Gratuity/Service charge  Table:   1, Check:   264, GRAT 20   , Screen:   0
    23:40 Gratuity/Service charge  Table:   2, Check:   268, GRAT 20   , Screen:   0
    00:12 Gratuity/Service charge  Table:   1, Check:   313, GRAT 20   , Screen:   0
    00:42 Gratuity/Service charge  Table:   1, Check:   349, GRAT 20   , Screen:   0
    02:34 Gratuity/Service charge  Table:   5, Check:   453, GRAT 20   , Screen:   0
    02:57 Gratuity/Service charge  Table:   1, Check:   475, GRAT 20   , Screen:   0
```



CONFIDENTIAL
D04549