UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON            INDEX NO: 07cv3978-LAP
STURMAN, LATRESHA HALL,
LAKEISHA MITCHELL, CHRISTINE
BORBELY, JULIE GARIBALDI and
JANINE APONTE, on behalf of themselves
and others similarly situated,

                    Plaintiffs,

        v.

TWENTY ONES INCORPORATED d/b/a
THE 40/40 CLUB, SHAWN CARTER p/k/a
JAY-Z, JUAN PEREZ and DESIREE
GONZALES,

                    Defendants.
-------------------------------------------------------x

## DECLARATION OF NADIA MILLER

        I, Nadia Miller, under penalty of perjury, affirm as follows:

        1.        I am a New York resident and an opt-in plaintiff in the above-captioned

matter.

        2.        I submit this declaration based on personal knowledge unless indicated

otherwise.

        3.        I was employed as a administrative assistant The 40/40 Club sports bar

located at 6 West 25th Street within the last three years.

        4.        Attached as Exhibit A is one of my paystubs, which indicate that I was not

paid one and one half times my regular rate for hours worked in excess of forty per

workweek.  (The paystubs are biweekly, and any reported time in excess of 80 hours

was overtime.) For whatever time in excess of forty that I was paid, it was at my regular rate of pay.

I affirm, under penalty of perjury, that the above and foregoing information is true and correct.

Dated:  New York, New York
        March 11, 2008

*Nadia Miller*
Nadia Miller

# EXHIBIT A

FCLD AND REMOVE

**YOUR BANKING**

FOLD AND REMOVE

| EARNINGS | HOURS | RATE | AMOUNT | YTD AMOUNT |
|----------|-------|------|--------|------------|
| REGULAR | 99.00 | 15.000 | 1485.00 | |
| | | | | |
| TOTAL EARNINGS | | | 1485.00 | 13560.00 |

**EMPLOYER INFORMATION**

40/40 CLUB
6 WEST 25TH STREET
NEW YORK,NY  10010

PAY PERIOD 12/11/06 TO 12/24/06
CHECK DATE 12/28/06  CHECK #  5511

| FILING STATUS | TAX TYPE | AMOUNT | YTD AMOUNT |
|---------------|----------|--------|------------|
| | SOC SEC | 92.07 | 840.74 |
| | MEDICARE | 21.53 | 196.63 |
| S 05 | FEDERAL | 98.13 | 606.60 |
| S 05 | NY | 54.90 | 398.94 |
| | DBL | 1.20 | 14.40 |
| | | | |
| TOTAL WITHHOLDINGS | | 267.83 | 2057.31 |

**PERSONAL INFORMATION**

NADIA MILLER
1632 CRESCENT DR
TARRYTOWN NY  10591

SS#  XXX-XX-3035 EMPL# 000403 DEPT# 000600

| ADJUSTMENTS | AMOUNT | YTD AMOUNT |
|-------------|--------|------------|
| REIMB | | 65.23 + |
| ADV/LOAN | | 100.00 - |

*yrolls by Paychex, Inc.*
0020 **Y156** 0037  000600

| NET PAY | 1217.17 | 11467.92 |