# LITTLER MENDELSON®

A PROFESSIONAL CORPORATION

January 10, 2008

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/14/08

Sara D. Sheinkin
Direct: 212.583.2689
Fax: 212.832.2719
ssheinkin@littler.com

**VIA FACSIMILE ONLY [212-805-7941]**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Williams et al. v. Twenty Ones, Inc. et al.*, Case No. 07-CV-3978
*Pickering et al. v. The 40/40 Club et al.*, Case No. 07-CV-4798

Dear Judge Preska:

I write to follow up on a telephone conversation that I had this afternoon with Thomas White, your Judicial Law Clerk.

Concerning Plaintiffs' motion for conditional certification of an opt-in FLSA collective action, the parties have agreed to the following schedule:

| | |
|---|---|
| Plaintiffs (both cases) shall file a joint motion for conditional certification of a collective action no later than: | January 15, 2008 |
| Defendants shall respond to Plaintiffs' motion for conditional certification no later than: | February 29, 2008 |
| Plaintiffs shall reply to Defendants' response no later than: | March 14, 2008 |

The parties are also continuing with discovery. Plaintiffs have agreed to respond to Defendant's prior document requests no later than January 15, 2008. In addition, Defendants have noticed the depositions of several plaintiffs for later this month.

As the Court is aware, Defendants filed a motion to dismiss in the *Williams* matter on July 30, 2007. In that motion, Defendants: (1) moved to dismiss the claims against individual defendants Shawn Carter and Juan Perez based on failure to state a cause of action, and (2) moved to dismiss Plaintiffs' state law claims based on jurisdictional grounds. Rather than respond to that motion, Plaintiffs filed an amended complaint. Plaintiffs' amended

Exhibit A

Hon. Loretta A. Preska
January 10, 2008
Page 2

complaint addressed the first, but not second, issue raised by Defendants' motion. Defendants' motion to dismiss Plaintiffs' state law claims is, thus, still pending. During a Court conference held on November 20, 2007, the parties agreed that the Court may wait to rule on the motion until the issue of conditional certification of Plaintiffs' federal law claims is resolved.

I hope that this letter answers any outstanding questions that the Court has concerning these matters. If not, we are available to confer by phone or in person.

Respectfully submitted,

Sara D. Sheinkin (SS-9719)

cc:   D. Maimon Kirschenbaum, Esq. (via facsimile)
      Richard Burch, Esq. (via facsimile)
      Michael Shen, Esq. (via facsimile)

*1, 2 and 3 above are*
*So ordered*
*Loretta A. Preska*
*USDJ*

*January 13. 2008*