

# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

July 14, 2008

Sara Danielle Sheinkin
Direct: (212) 583-2689
Direct Fax: (646) 304-6821
ssheinkin@littler.com

**VIA FACSIMILE ONLY [212-805-7941]**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

**Re:** *Williams et al. v. Twenty Ones, Inc. et al.*, Case No. 07-CV-3978

Dear Judge Preska:

During a Court conference in the above-referenced matter held on June 24, 2008, we stated our request to renew defendants' motion to dismiss plaintiffs' claims against individual defendants Shawn Carter and Juan Perez. Subsequently, the parties agreed to a briefing schedule for that motion which would have reply papers due on July 16, 2008. It was our understanding that only the issue concerning the dismissal of the individual defendants would be briefed; not the motion to dismiss plaintiffs' state law claims – which the Court and parties previously agreed would be best addressed after the close of the opt-in period when it better could be determined whether the state law claims would predominate over the federal claim.

On July 9, 2008, we received plaintiffs' response to defendants' motion to dismiss, opposing both the dismissal of the individual defendants and the state law claims. We attempted to clarify the matter with plaintiffs counsel and requested that the matter be limited to the individual defendants, but plaintiffs' counsel has refused that request. Therefore, we must now ask the Court to continue to defer the motion to dismiss plaintiffs' state law claims.

We understand that Shawn Carter and Juan Perez will be represented by McGuire Woods with respect to their motion to dismiss and that plaintiffs have agreed to give McGuire Woods a two week extension of time to respond to that portion of the motion to dismiss. Accordingly, if our request to continue to table the motion to dismiss the state law claims is denied, we request a two week extension of time, through July 30, 2008, to submit our reply.

**SO ORDERED**

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 15, 2008

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
885 Third Avenue, 16th Floor, New York, NY 10022.4834  Tel: 212.583.9600  Fax: 212.832.2719  www.littler.com

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

Hon. Loretta A. Preska
July 14, 2008
Page 2

Respectfully submitted,

Sara D. Sheinkin (SS-9719)

cc: D. Maimon Kirschenbaum, Esq. (via facsimile)
    Richard Burch, Esq. (via facsimile)