

# LITTLER MENDELSON
### A PROFESSIONAL CORPORATION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

July 17, 2008

Sara Danielle Sheinkin
Direct: (212) 583-2689
Direct Fax: (646) 304-6821
ssheinkin@littler.com

**VIA FACSIMILE ONLY [212-805-7941]**

The Honorable Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Williams et al. v. Twenty Ones, Inc. et al.*, Case No. 07-CV-3978

Dear Judge Preska:

We write at the suggestion of Your Honor's law clerk, Tom White, to seek clarification of the Court's July 15, 2008 Order, endorsing our July 14, 2008 letter. (Copy enclosed for your convenience).

Defendants requested that the Court defer defendants' motion to dismiss the plaintiffs' state law claims until after the close of the FLSA opt-in period which the parties and Court had previously agreed to do. In the alternative, if that request were denied, we asked for a two week extension of time to submit our reply brief on that issue. Your Honor "so ordered" the letter, seemingly granting both alternatives.

To avoid unnecessary briefing or, worse, a default, we respectfully seek Your Honor's clarification as to whether Defendants' reply brief should be submitted on July 30, 2008 or after the close of the FLSA opt-in period, if it remains necessary to do so at that time.

Respectfully submitted,

Sara D. Sheinkin (SS-9719)

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 17, 2008

cc: D. Maimon Kirschenbaum, Esq. (via facsimile)
Richard Burch, Esq. (via facsimile)

ALABAMA
ARIZONA
ARKANSAS
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM
885 Third Avenue, 16th Floor, New York, NY 10022.4834 Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com