UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CELESTE WILLIAMS, LAUREN CRUZ,
EMANUEL O'NEALE, BRANDON
STURMAN, LATRESHA HALL,
LAKEISHA MITCHELL, CHRISTINE
BORBELY, JULIE BARIBALDI and JANINE
APONTE on behalf of themselves and others
similarly situated,
                Plaintiffs,

v.

TWENTY ONES, INC., d/b/a THE 40/40
CLUB, SHAWN CARTER p/k/a JAY-Z,
JUAN PEREZ and DESIREE GONZALES,

                Defendants.
------------------------------------------------------------X

ECF CASE

Case No. 07 CV 3978 (LAP)

ORDER FOR
SUBSTITUTION
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/08

Upon the annexed Consent to Change Attorney and Declaration of Michael J. DiMattia

dated August 14, 2008, and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT** McGuireWoods LLP be substituted for Littler

Mendelson, P.C., as attorneys of record for defendants Shawn Carter p/k/a Jay-Z and Juan Perez

in the above-entitled action.

Dated: New York, New York
       August 20, 2008

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

TO:   Andrew P. Marks, Esq.
        D. Maimon Kirshenbaum, Esq.
        Richard Burch, Esq.

\6485348.1