**CONSENT TO MAKE A CLAIM IN LAWSUIT UNDER
THE FAIR LABOR STANDARDS ACT (FLSA)**

      I am an employee currently or formerly employed by Twenty Ones, Inc. d/b/a The 40/40 Club and Desiree Gonzales.  I consent to be a plaintiff in an action to collect unpaid wages.  I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

ANA BUKIĆ
Full Legal Name (Print)

Signature

08/12/2008
Date