```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Michael J. DiMattia
Direct: 212.548.7009

# McGUIREWOODS

mdimattia@mcguirewoods.com
Direct Fax: 212.715.23__

August 21, 2008

**VIA FACSIMILE**
**(212) 805-7941**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re: **Celeste Williams et al., v Twenty Ones, Inc., et al.**
**Index No. 07-CV-3978 (LAP)**

Dear Judge Preska,

Based on the conference before your Honor yesterday, the Individual Defendants, Shawn Carter and Juan Perez, will voluntarily withdraw their motion to dismiss to permit the Plaintiffs to complete their discovery on the issue of individual liability by giving the Plaintiffs the opportunity to depose each of these Individual Defendants for a period not to exceed three (3) hours. After the completion of these depositions, the Individual Defendants may request the Court to establish a summary judgment motion briefing schedule.

In addition, the motion to dismiss the Plaintiffs' state law claims, which were made by all the Defendants, will remain deferred until after the close of the FLSA opt-in period.

*are denied as premature subject to re-instatement by le__*

Respectfully submitted,

*[signature]*
Michael J. DiMattia

MJD/jm

cc: Sara D. Sheinkin, Esq. (via facsimile)
Andrew P. Marks, Esq. (via facsimile)
D. Maimon Kirschenbaum, Esq. (via facsimile)
Richard Burch, Esq. (via facsimile)

**SO ORDERED**

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT

*August 25, 2008*

\6506329.1