Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants Shawn Carter p/k/a Jay-Z and Juan Perez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CELESTE WILLIAMS, et al.             :
                                     :    ECF Case
            Plaintiffs,              :
                                     :    07 CV 3978 (LAP)
      v.                             :
                                     :    **NOTICE OF APPEARANCE**
TWENTY ONES, INC. d/b/a THE 40/40 CLUB, :
SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ  :
and DESIREE GONZALES.                :
                                     :
            Defendants.              :
------------------------------------------------------------- x

The undersigned, Philip A. Goldstein, hereby enters his appearance as counsel for the individual defendants Shawn Carter p/k/a Jay-Z and Juan Perez in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: August 28, 2008
       New York, New York

                                        McGUIREWOODS LLP

                                  By:   _____
                                        Michael J. DiMattia (MD-0473)
                                        Philip A. Goldstein (PAG-0908)
                                        McGuireWoods LLP
                                        1345 Avenue of the Americas, 7th Floor
                                        New York, New York 10156-0106
                                        Counsel for Defendants Shawn Carter p/k/a
                                        Jay-Z and Juan Perez

\4837439.2