Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants Shawn Carter p/k/a Jay-Z and Juan Perez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CELESTE WILLIAMS, et al.                                     :
                                                             :   ECF Case
                           Plaintiffs,                       :
                                                             :   07 CV 3978 (LAP)
                  v.                                         :
                                                             :   **NOTICE OF APPEARANCE**
TWENTY ONES, INC. d/b/a THE 40/40 CLUB,                      :
SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ                         :
and DESIREE GONZALES.                                        :
                                                             :
                           Defendants.                       :
------------------------------------------------------------ x

The undersigned, Michael J. DiMattia, hereby enters his appearance as counsel for the individual defendants Shawn Carter p/k/a Jay-Z and Juan Perez in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: August 28, 2008
       New York, New York

                                            McGUIREWOODS LLP

                                            By: _____
                                               Michael J. DiMattia (MD-0473)
                                               Philip A. Goldstein (PAG-0908)
                                               McGuireWoods LLP
                                               1345 Avenue of the Americas, 7th Floor
                                               New York, New York 10156-0106
                                               Counsel for Defendants Shawn Carter p/k/a
                                               Jay-Z and Juan Perez

\4837439.1