## **CERTIFICATE OF SERVICE**

This is to certify that I have caused a true and correct copy of the following:

      1.    Notice of Appearance for Michael J. DiMattia

to be served upon plaintiffs by CM/ECF and by depositing same via United States Postal Service, first class mail, postage prepaid to:

Andrew Paul Marks
Sara Danielle Sheinkin
Littler Mendelson, P.C.
885 Third Avenue, 16th Floor
New York, NY 10022
Attorneys for Defendants

Charles Edward Joseph
D. Maimon Kirschenbaum
Joseph and Herzfeld, LLP
757 Third Avenue, 25th Floor
New York, NY 10017
Attorneys for Plaintiffs

-and-

Richard Jennings Burch
Bruckner Burch PLLC
1000 Louisiana, Suite 1300
Houston, TX 77002
Attorneys for Plaintiffs

Dated: New York, New York
        August 28, 2008

_____
Eileen Chin

\6518308.1