## AMENDED CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following:

1. Notice of Appearance for Philip A. Goldstein

to be served upon plaintiffs by CM/ECF and by depositing same via United States Postal Service, first class mail, postage prepaid to:

> Andrew Paul Marks
> Sara Danielle Sheinkin
> Littler Mendelson, P.C.
> 885 Third Avenue, 16th Floor
> New York, NY 10022
> Attorneys for Defendants
>
> Charles Edward Joseph
> D. Maimon Kirschenbaum
> Joseph and Herzfeld, LLP
> 757 Third Avenue, 25th Floor
> New York, NY 10017
> Attorneys for Plaintiffs
>
> -and-
>
> Richard Jennings Burch, Esq.
> Bruckner Burch PLLC
> 1415 Louisiana, Suite 2125
> Houston, Texas 77002

Dated: New York, New York
       August 28, 2008

*/s/ Philip A. Goldstein*

\6518308.2