Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908)
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants Shawn Carter p/k/a Jay-Z and Juan Perez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
CELESTE WILLIAMS, et al.               :
                                       :   ECF Case
                Plaintiffs,            :
                                       :   07 CV 3978 (LAP)
        v.                             :
                                       :   **AMENDED NOTICE OF**
TWENTY ONES, INC. d/b/a THE 40/40 CLUB,:   **APPEARANCE**
SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ   :
and DESIREE GONZALES.                  :
                                       :
                Defendants.            :
------------------------------------------------------------ x

The undersigned, Michael J. DiMattia, hereby enters his appearance as counsel for the individual defendants Shawn Carter p/k/a Jay-Z and Juan Perez in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: August 29, 2008
       New York, New York

                                    McGUIREWOODS LLP

                            By:     _____
                                    Michael J. DiMattia (MD-0473)
                                    Philip A. Goldstein (PAG-0908)
                                    McGuireWoods LLP
                                    1345 Avenue of the Americas, 7th Floor
                                    New York, New York 10105-0106
                                    Counsel for Defendants Shawn Carter p/k/a
                                    Jay-Z and Juan Perez

\4837439.1