Michael J. DiMattia (MD-0473)
Philip A. Goldstein (PAG-0908
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants Shawn Carter p/k/a Jay-Z and Juan Perez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CELESTE WILLIAMS, et al.                                     :
                                                             :   ECF Case
                    Plaintiffs,                              :
                                                             :   07 CV 3978 (LAP)
            v.                                               :
                                                             :   **AMENDED NOTICE OF**
TWENTY ONES, INC. d/b/a THE 40/40 CLUB,                      :   **APPEARANCE**
SHAWN CARTER p/k/a JAY-Z, JUAN PEREZ                         :
and DESIREE GONZALES.                                        :
                                                             :
                    Defendants.                              :
------------------------------------------------------------- x

        The undersigned, Philip A. Goldstein, hereby enters his appearance as counsel for the individual defendants Shawn Carter p/k/a Jay-Z and Juan Perez in the above-captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: August 29, 2008
      New York, New York

                                McGUIREWOODS LLP

                    By: _____
                              Michael J. DiMattia (MD-0473)
                              Philip A. Goldstein (PAG-0908)
                              McGuireWoods LLP
                              1345 Avenue of the Americas, 7th Floor
                              New York, New York 10105-0106
                              Counsel for Defendants Shawn Carter p/k/a
                              Jay-Z and Juan Perez

\4837439.2