## CERTIFICATE OF SERVICE

This is to certify that I have caused a true and correct copy of the following:

1. Amended Notice of Appearance for Philip A. Goldstein

2. Amended Notice of Appearance for Michael J. DiMattia

to be served upon plaintiffs and defendants by CM/ECF and by depositing same via United States Postal Service, first class mail, postage prepaid to:

>Andrew Paul Marks
>Sara Danielle Sheinkin
>Littler Mendelson, P.C.
>885 Third Avenue, 16th Floor
>New York, NY 10022
>Attorneys for Defendants

>Charles Edward Joseph
>D. Maimon Kirschenbaum
>Joseph and Herzfeld, LLP
>757 Third Avenue, 25th Floor
>New York, NY 10017
>Attorneys for Plaintiffs

>-and-

>Richard Jennings Burch, Esq.
>Bruckner Burch PLLC
>1415 Louisiana, Suite 2125
>Houston, Texas 77002

Dated: New York, New York
August 29, 2008

*Philip A. Goldstein*

\6522668.1