# CONSENT TO MAKE A CLAIM IN LAWSUIT UNDER
# THE FAIR LABOR STANDARDS ACT (FLSA)

      I am an employee currently or formerly employed by Twenty Ones, Inc. d/b/a The 40/40 Club and Desiree Gonzales. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Leona Nicole Levy
Full Legal Name (Print)

*[signature]*
Signature

September 10th, 2008
Date